1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS          :    Civil Action No.
LIABILITY LITIGATION (NO. VI.)     :        MDL 875


------------------------------------------------------------
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROCKLYN JACOBS, as Executor of
the Estate of ROBERT JACOBS,
DECEASED,


                Plaintiff,        CIVIL ACTION NO.
                                2:06-cv-67882-ER

v.

AC&S, INC., et al.,

                Defendant.
------------------------------


DEPOSITION UPON ORAL EXAMINATION
OF JAMES TATEM, SR.
TAKEN ON BEHALF OF THE DEFENDANTS


Norfolk, Virginia

October 29, 2010


Appearances:

    LAW OFFICES OF PAUL A. WEYKAMP
    By:  PAUL A. WEYKAMP, ESQUIRE
        Counsel for the Plaintiff


    TADDEO STURM, PLC
    By:  MATTHEW D. JOSS, ESQUIRE
        Counsel for the Defendants General Electric Co.
        and Foster-Wheeler Corp.

---

**2**

Appearances: (Cont'd.)

SPOTTS FAIN, P.C.
By: PATRICIA J. TURNER, ESQUIRE
   Counsel for the Defendants CBS Corporation and
   Ingersoll-Rand Company
MILES & STOCKBRIDGE
By: CARL R. SCHWERTZ, ESQUIRE
   Counsel for the Defendants SB Decking Co., Inc.
   f/k/a Selby-Battersby, Georgia-Pacific Corporation
   and Mallinckrodt, Inc., f/k/a International
   Minerals & Chemical Corp.

PIERCE, HERNS, SLOAN & McLEOD
By: KRISTIN B. FEHSENFELD, ESQUIRE
   Counsel for the Defendants Amchem Products.
   Inc./Bayer Cropscience and Union Carbide
   Corporation

McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
By: J. BRIAN SLAUGHTER, ESQUIRE
   Counsel for the Defendants Uniroyal, Inc. and
   Waco, Inc.
WILLIAMS MULLEN
By: LYNN K. BRUGH, IV, ESQUIRE (via telephone)
   Counsel for the Defendant Honeywell International
FORMAN, PERRY, WATKINS, KRUTZ & TARDY (via telephone)
By: VERNON M. McFARLAND, ESQUIRE
   Counsel for the Defendant International Paper
   Corporation

---

**3**

I N D E X

| DEPONENT | EXAMINATION BY | PAGE |
|---|---|---|
| James Tatem, Sr. | Mr. Joss | 4 |
| | Ms. Turner | 67 |
| | Mr. Schwertz | 76 |
| | Ms. Turner | 77 |
| | Mr. Slaughter | 78 |
| | Ms. Fehsenfeld | 80 |
| | Mr. Schwertz | 81 |
| | Mr. Brugh | 82 |
| | Mr. Weykamp | 86 |
| | Mr. Joss | 98 |
| | Ms. Turner | 99 |
| | Ms. Fehsenfeld | 100 |
| | Mr. Slaughter | 101 |
| | Ms. Turner | 106 |

EXHIBITS
| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Handwritten Notes | 52 |
| 2 | List of Ships | 52 |

---

**4**

Deposition upon oral examination of JAMES
TATEM, SR., taken on behalf of the Defendants, before
Donna R. Tanner, Court Reporter and a Notary Public for
the Commonwealth of Virginia at large, taken pursuant
to notice, commencing at 12:00 p.m., on October 28,
2010, at the law offices of Paul Weykamp, 440
Monticello Avenue, Suite 1800, Norfolk, Virginia; and
this in accordance with the Federal Rules of Civil
Procedure.

- - - - -

JAMES TATEM, SR., was sworn and deposed on
behalf of the Defendants as follows:


EXAMINATION


BY MR. JOSS:

Q.   Sir, could you please state your name for the
record?

A.   My name is James Tatem.

Q.   Okay.  Mr. Tatem, my name is Matthew Joss.
I'm going to ask you a series of questions today.

A.   Sure.

Q.   I'll start with a few ground rules.  Let me
ask you first, have you ever given a deposition before?

A.   No, sir.

---

**5**

Q.   Have you ever testified in court before?

A.   No, sir.

Q.   Okay.  I'll go over a couple ground rules.
I'm going to ask you some questions.  I'm going to ask
you to give me verbal answers rather than a nod of the
head or shake of the head.

A.   Okay.

Q.   If you answer my question, I'm going to
assume that you understood it and you're answering to
the best of your ability.  Is that fair?

A.   Sure.

Q.   If you don't understand my question, let me
know and I'll either ask it a different way or try and
clarify it to make sure you and I understand each
other.  Is that okay?

A.   Yeah.

Q.   If you need to take a break at any time, let
me know and we'll take a break.

A.   Okey doke.

Q.   You understand, sir, that we are here in the
case filed by a gentleman by the name of Robert Jacobs?

A.   Yes, sir.

Q.   Let me say this first.  I understand, sir,
that Mr. Weykamp is your attorney?

A.   Yes, sir.

6

1    Q.    Have you ever been diagnosed with an
2  asbestos-related disease?
3    A.    Yes, sir.
4    Q.    And what disease is that?
5    A.    It's melo -- how do you say that word?  The
6  asbestos --
7       MR. WEYKAMP:  Asbestosis?
8       THE DEPONENT:  Yes.  There was an indication
9  that I had asbestosis, a slight indication on my lung.
10  It seems like that was about 10 years ago.
11
12  BY MR. JOSS:
13    Q.    Okay.
14    A.    As a guess.
15    Q.    All right, sir.  I'd like to ask you what
16  you've done, if anything, to prepare for giving your
17  testimony today?
18    A.    The only thing I did was jot down a few notes
19  of some things I was trying to remember about some
20  different people that Jacobs and I along the way worked
21  on with several -- I've got several companies I thought
22  that I could remember, but I just can't remember all of
23  those things.
24    Q.    Okay.
25    A.    But just what I could basically remember, I

7

1  scribbled out a few little notes on a piece of paper.
2    Q.    Okay.  May I see those?
3    A.    Sure.
4    Q.    All right, sir.  And when did you make these
5  notes?
6    A.    Between yesterday and this morning when I
7  was -- I got here a little bit early.  Actually, I got
8  here an hour early because I wasn't sure -- I didn't
9  realize this building was here.  But, anyway, it's been
10  a while since I been to downtown Norfolk, so I was
11  scribbling trying to remember some of the thoughts that
12  I -- I just can't remember all those companies and the
13  different things that we worked with, but that's
14  basically what I could remember.
15    Q.    You mentioned that you hadn't been to
16  downtown Norfolk in a while.  What's your current
17  address?
18    A.    4754 Kempsville Greens Parkway, that's in
19  Virginia Beach, Virginia.  Going too fast?
20    Q.    No.
21    A.    Virginia Beach, Virginia, 23462.
22    Q.    How long have you lived there?
23    A.    Almost 15 years now.
24    Q.    Okay.  Any plans to move in the next year?
25    A.    No, sir.

8

1    Q.    Okay.
2    A.    I actually plan on staying there.  That's my
3  retirement.
4    Q.    All right.  Have you talked with anyone other
5  than your lawyer about giving your testimony today?
6    A.    No, just my wife.  Actually, yeah, I did.
7  Pat Hankins, I think I told him.  He's an older friend
8  of mine that he used to be my boss, and actually Jacobs
9  used to work for him, too.  And he had an operation, so
10  he's at home, so I stopped by to see him and say how
11  you doing.  And I think I told Pat that I was coming
12  over here for a disposition -- what do you call it,
13  disposition?  Not disposition.
14       MR. WEYKAMP:  Deposition.
15       THE DEPONENT:  Deposition, I'm sorry.  But,
16  anyway, and -- oh, yeah, Robert was a good boy.  Yeah,
17  Pat Hankins.
18
19  BY MR. JOSS:
20    Q.    When did you talk to Mr. Hankins?
21    A.    Seems likes it was last Saturday actually I
22  went over.  He had just gotten back from out of the
23  hospital and I stopped by.  He lives right around the
24  corner from me over there where I live.
25    Q.    Did you know that Mr. Hankins was going to be

9

1  testifying in this case as well?
2    A.    No, sir.  At that time, no, sir.
3    Q.    When were you first contacted about
4  testifying in Mr. Jacobs' case?
5    A.    Gosh, seems like it was a couple of weeks
6  ago.  Is it on that letter?  No, that's something else.
7  That's just telling me how to get here and I had this
8  in my little briefcase.  It seems like it was 10 days
9  ago.  I'm not sure.  I didn't know that was going to be
10  important, or I don't know how important it is, but it
11  seems like it was a week or 10 days, whatever.
12    Q.    All right, sir.  And when you were asked to
13  testify in Mr. Jacobs' case, were you shown any
14  photographs or any pictures or any documents?
15    A.    Oh, no, no, sir.
16    Q.    Do you understand the purpose of your
17  testimony here today?
18    A.    Just to prove that Robert had asbestos, I
19  guess, asbestosis, or that's what he died from.  That's
20  all I know.  I wasn't told or given any information
21  otherwise.
22    Q.    Okay.  Were you given any information about
23  what products or other materials Mr. Jacobs may have
24  worked with during his time?
25    A.    No, sir.

10

1    Q.   I take it that you and Mr. Jacobs worked
2    together at Norshipco?
3    A.   Well, actually I knew Robert earlier on as we
4    grew up sort of in the same general area.  He went to
5    one school, high school, and then I went to another
6    high school.  And then earlier on we kind of got -- we
7    used to go to the same restaurant and all that,
8    drive-in, and looked at the same cars.  So I knew him
9    before he actually showed up at the shipyard because we
10   used to kind of generally pal around together Friday
11   night after the football game and stuff like that.
12   Q.   Okay.
13   A.   And then I graduated from high school and
14   then I went to the shipyard in 1960, thereabouts, or
15   actually it was October 6th, 1960.  And I had been
16   there, and I finished my -- as an apprentice.  I
17   started out as a helper.  I took an apprenticeship for
18   four years.
19       And I finished my apprentice program and
20   immediately thereafter they stuck me in as a
21   supervisor, and that was about '64-ish it seemed like.
22   That's when Robert showed up at the shipyard.  We were
23   both surprised, you know.  I hadn't seen him in a while
24   and he showed up as an apprentice then.  And I was a
25   supervisor in that time frame.  Seemed like it was like

11

1    '64.
2        But anyway, he came down to the ship on one
3    of these first -- actually, it was one of the first
4    Navy jobs we had on the -- the OZARK was the name of
5    it.  And I started directing, and he got to be one of
6    my apprentice boys and I directed his work for jobs he
7    worked on, and that's where I picked up seeing Robert
8    again.  Seems like it was 1964-ish, thereabouts.
9    Q.   Let me ask you this:  When we're talking
10   about the shipyard, what shipyard are we talking about?
11   A.   It was Norshipco then.  Actually, it was
12   Norfolk Shipbuilding and Drydock.  They hadn't had the
13   new name or whatever.
14   Q.   Okay.  But Norfolk Shipbuilding and Drydock
15   and Norshipco are the same thing?
16   A.   Yes, sir, what is now BAE.  All of them are
17   the same.
18   Q.   All right, sir.  Now, you started there in
19   October, 1960?
20   A.   Yes, sir, October 6th.
21   Q.   You spent little bit of time as a helper over
22   there?
23   A.   Started out as a helper for a few months, and
24   I got into the apprentice program and kind of stayed
25   there ever since.

12

1    Q.   Let's talk about the apprentice program.
2    What were you going in as an apprentice for?
3    A.   Sheet metal, sheet metal apprentice.  Tin
4    knocker.  Had no clue what it was.
5    Q.   You spent four years in that apprenticeship?
6    A.   Yes, sir.
7    Q.   Classroom training involved?
8    A.   Yes, sir.  It was like nine credit college
9    courses that we took for two years of college
10   basically.  That's kind of what was said at the time
11   anyway.
12   Q.   How much of your time during the day as an
13   apprentice was spent in classroom training?
14   A.   We used to go for a week at a time.  It --
15   I'm trying to remember.  Yeah, I think we went for --
16   went a week of the month in that time frame, if I
17   remember that.  That seems like it's right.
18   Q.   Okay.  And then for the other three weeks of
19   the time, how much of that was spent, say, in the shop?
20   A.   Well, 8 to 10, 12, whatever hours they wanted
21   you to work.  Back then there was no limit on how long
22   you could work.  Like they come in with the union and
23   all that.  Back then you could work 10, 12, 14, 24
24   hours a day, depending on the work that came up.  It
25   was kind of tight.

13

1    Q.   But of the three weeks that you spent outside
2    the classroom in your sheet metal apprenticeship, how
3    much of that time was spent in the shop as opposed to
4    other parts of the yard?
5    A.   Oh, in the shop?  Mostly with apprentices it
6    was more -- the larger amount of the time was spent on
7    the ship as opposed to the shop.  It was kind of a
8    select few that got to work in the shop manufacturing
9    and building.  They wanted you to have a variety of all
10   of the work, so they would keep you down on the ship,
11   all the areas of the ships, the different types of
12   ships.  At times you would be up in the shop learning
13   how to build the ventilation, so it was sort of a
14   scheduled program.
15       You'd spend some of your time in the shop,
16   but it wasn't hard and fast like it is today.  They've
17   got an exact program, you know.  Then it was kind of
18   wherever the foreman and supervisors wanted you to go
19   and be at the time, that's kind of like where you
20   worked.  Probably if you want numbers or
21   percentage-wise, a thought of that would be like 30
22   percent of the time was basically in the shop, and then
23   the other 70 percent of the time would be on the ships
24   and on the yard and that type of thing, as a guess from
25   memory.

14

1    Q.   Okay.  You mentioned something about
2  ventilation ducts?
3    A.   Yes.
4    Q.   I was going to ask you, what does a sheet
5  metal worker do at Norshipco?
6    A.   Well, at Norshipco when you first start out
7  as an apprentice they teach you to manufacture and
8  build ventilation, and not only ventilation, sinks,
9  cabinets, doors, bulkheads and things that -- just
10  anything that's kind of basically out of sheet metal.
11  It was an eighth inch thick, point 125 or less was
12  considered sheet metal work, and above that it would be
13  the plate shop's responsibilities for the most part.
14    Q.   So you worked with thinner metal?
15    A.   Thinner gauges, yeah, like eighth of an inch
16  thick and less.  And that was the big thing back then.
17  It was like, no, that's the shipfitter's, no, that's
18  the sheet metal, you know, that type of thing.
19    Q.   So the ship rights and the shipfitters would
20  have heavier plates?
21    A.   Yes, sir.
22    Q.   Things like deck plats and the hull and
23  things like that?
24    A.   Yes, sir, that's right.
25    Q.   But your primary job was working with metal;

15

1  correct?
2    A.   With sheet metal, yes, sir.
3    Q.   Now, Norshipco had a large work force in the
4  1960s?
5    A.   About a thousand back then it seemed like and
6  less, thereabouts.
7    Q.   Okay.  Did it ever get more than that?
8    A.   I think, yeah, it -- I'm thinking -- I think
9  like 2,500 or 3,000 people in the mid and early or late
10  '60s it seems like.  That's just -- I'm not positive
11  about that.
12    Q.   Okay.  And there are a number of departments
13  at Norshipco?
14    A.   Oh, yes, there are insulators or later on
15  there were insulators, pipe fitters, shipfitters,
16  inside and outside machinists, electricians, painters,
17  boilermakers.  I said shipfitters, didn't I?
18    Q.   Yes.
19    A.   And plate shop, the labor department.  Yes,
20  I'm thinking they got up to about 3,000 –
21    Q.   Okay.
22    A.   – back in that time frame.  I don't remember
23  for sure.
24    Q.   Okay.  And each of these different
25  departments had their own jobs to do; correct?

16

1    A.   Yes, sir.
2    Q.   So if you as a sheet metal apprentice were
3  working onboard a ship, first of all you had someone
4  above you who you were assigned to; correct?
5    A.   Yes, supervisors most generally.  Lead men is
6  what they call them.
7    Q.   Lead man?
8    A.   Yes, sir.  And each day they would tell you
9  where you were going and which jobs you would be on and
10  whether you were going to be on the shop or in the ship
11  or out in the field, wherever.
12    Q.   If you were assigned to a ship, you could be
13  assigned anywhere onboard a ship as a sheet metal
14  apprentice; right?
15    A.   Throughout the ship from the top to the
16  bottom, because I've been underneath boilers and I've
17  been all the way on top of the mast.
18    Q.   The equipment itself that's on a ship at
19  Norshipco, that would be within the jurisdiction of the
20  machinist's department, correct, or the boilermakers or
21  whoever was assigned to work on that particular
22  machine?
23    A.   I'm not sure I understand.
24    Q.   You mentioned the boilers on a ship?
25    A.   Yes, sir.

17

1    Q.   The boilermakers would be responsible for
2  working on the boilers?
3    A.   Oh, of course, yes, sir.  They would be in
4  the boiler room working on boilers.
5    Q.   Okay.
6    A.   And, of course, we worked with them at
7  various times, too.  As a sheet metal worker you
8  would -- for instance, underneath the boiler, there's
9  a -- naturally a drum, mud drum.  The mud drum is
10  covered with some type of insulation and then that
11  insulation most generally is then wired in place,
12  mudded at areas that expose -- that come away from the
13  boiler.
14          And then the sheet metal guy is underneath
15  the boiler and it's like working underneath this table,
16  laying on your back and you're putting sheet metal on
17  the bottom of this boiler and then you wire it up and
18  strap it up and then you drill it to whatever, to the
19  fixtures to put it in place.  That's some of the work
20  you do with the boilermakers.
21          And you also in those times frames would
22  assist the boilermakers by actually when they start
23  breaking down the drum itself to go inside of the
24  boiler, to take all the brick work and all of that out
25  of the interior of the boiler.  Sheet metal workers

18

1    back then would actually help the boilermakers at
2    different times go inside the boiler, help them pass
3    all the bricks out as you're breaking it out, that type
4    of thing, just a general assist.
5        Q.    You mentioned there was an insulating
6    department at Norshipco as well?
7        A.    My memory of the insulation department is in
8    the time frame of the late '60s it seems like -- no,
9    '70s, '74, '75 was kind of like when they started
10   having an insulation department.  Because prior to
11   that, if there was insulation or piping insulation or
12   boiler insulation or any of those things that was in
13   your way of the work you had to do during the
14   ventilation work down in the engine rooms or getting
15   over to some ventilation so you cut these flanges loose
16   or whatever, there wasn't any assigned insulators at
17   that time frame, you do it yourself.
18       Q.    Okay.
19       A.    And I'm thinking that it was very late '60s
20   and mid and early '70s before they actually had an
21   insulation department.  That's what I -- to the best of
22   my memory, that's what I remember.
23       Q.    Did Norshipco ever use an insulating
24   contractor?
25       A.    Oh, yeah.  Well, that's -- back then I

19

1    remember -- that's what my little list was about.
2        Q.    This right here?
3        A.    I remember working with these guys like C. E.
4    Thurston and Staggerwall, Waco and Shelby [sic], but
5    Shelby [sic] and Staggerwall it seems like we used
6    to -- I don't know what kind of decking they got now is
7    what I was trying to remember, but back then they had
8    the terrazzo decking and all that.  I remember
9    Staggerwall, Joe and them, these were two of the
10   companies that did the terrazzo decking.  And C. E.
11   Thurston and Waco was two of the names that I kind of
12   remember that did the insulation removals.
13           But how that would work, a lot of times, even
14   with these guys, we would tear this stuff all out and
15   it would be a total mess.  And then to put it back, it
16   had to be a finished product so these guys would come
17   in and do the real doctoring up and re-insulating and
18   that type of stuff.  But as you were going along and
19   you were told to get this sheet metal work done, get
20   this ventilation out of here or that type of thing or
21   these cabinets or the bulkheads, if it had any
22   insulation or glass or whatever on it, you'd tear it
23   out.
24           I told him about a friend of mine that's dead
25   now, but that's what Freddie would tell us to do.  You

20

1    go ahead and get it all tore out.  Tell the supervisor,
2    the supervisor would tell us, You get it all tore out
3    and we'll go back and replace everything and make it
4    look nice and pretty like it's supposed to be, but I
5    ain't got people to send down there now to get that
6    done.  So that's the way it worked, even in the middle
7    of tearing stuff out knowing that you didn't have to
8    put it back.
9        Q.    You mentioned somebody named Freddie.  Who is
10   that?
11       A.    He's dead now.  Fred Tillson.  He's an old
12   buddy of mine.  We used to have three plants back when
13   all this was happening at Norshipco.  They were three
14   companies -- three plants, not one company, but they
15   had -- the mother company was the one in Berkley, the
16   secondary was the one in Brambleton right around the
17   corner here, and across the bridge from that was the
18   Southern plant.
19       Q.    Okay.
20       A.    And all these three plants, except the --
21   well, the Southern plant did more -- catered more to
22   the sailing craft, wooden craft and all that sort of
23   stuff.
24           But the reason why I went there with that was
25   Freddie was the insulator guy in charge of the

21

1    insulation department like I was in charge of the sheet
2    metal department in the Brambleton plant in that time
3    frame, and that was -- I don't remember when I went
4    there.  It seems like it was mid '70s, somewhere along
5    in there, because they took me out in the '80s, that's
6    when Jacobs took my job in the Brambleton plant.
7        Q.    All right.  When you started -- let's get
8    these locations together.
9        A.    Sure.
10       Q.    When you were an apprentice from 1960 to
11   1964, what location of the shipyard were you working
12   in?
13       A.    All three.
14       Q.    Okay.
15       A.    At times I'd work in the -- depending on the
16   workload.  And if -- for the apprentices the workload
17   was -- if it was stable you'd stay in the Berkley
18   plant.  But as things picked up in the Brambleton plant
19   and the Southern plant, they'd shift you over there,
20   the foreman would.
21       Q.    Okay.
22       A.    So it's possible that you would be working in
23   the mother plant, the Berkley plant, on a given day,
24   and that same day you could be shifted to Brambleton
25   and -- or even to the Southern plant in that time

22

1    frame.
2        Q.    Let's talk about how these three plants were
3    different.  You said one of them catered more toward
4    sailing ships?
5        A.    Right.
6        Q.    Which one was that?
7        A.    That was the Southern plant.  It was the
8    smaller of the three.
9        Q.    It could only handle certain size vessels?
10       A.    Certain size vessel and only had a couple
11   hundred guys over there of the number I told you about
12   earlier.
13       Q.    Okay.  Which one was Brambleton now?
14       A.    It was the middle yard.  It's the one over
15   here by the Campostella Bridge.  And usually the
16   manpower over there, it seemed like it was -- tops
17   would be like 300.
18       Q.    Okay.  What kind of ships did they work on at
19   Brambleton?
20       A.    The smaller crafts, the ARSs, the small Navy
21   vessels, stuff that they could put on the railways and
22   the small drydocks that they had over there, 300 foot
23   vessels, stuff like that.
24       Q.    Okay.  And then Berkley was the largest?
25       A.    Berkley was the largest.  It could handle any

23

1    type ship.
2        Q.    Okay.
3        A.    Especially after they got the big drydock and
4    all that.
5        Q.    Now, you say as an apprentice you could be
6    assigned to any one of these or more than one in a
7    given day; correct?
8        A.    Yes, sir.
9        Q.    Did Norshipco work on three shifts when you
10   were an apprentice?
11       A.    Again, it would depend on the workload.  And,
12   yes, they did work around the clock a lot of times.
13   And then later on as -- I don't know the time frames,
14   they started setting up three scheduled 8-hour shifts,
15   but normally, depending on the workload, they would
16   have two 12-hour shifts to make that 24 hours.  Yes,
17   sir, they did work around the clock a lot of times.
18       Q.    What was your assigned shift when you were an
19   apprentice in terms of hours?
20       A.    Well, I used to hate the night shift.  But I
21   used to have to work day shift when it was assigned and
22   a lot of times they put the apprentices on the night
23   shift.  I never liked it, but, yeah, I worked it many a
24   time.
25       Q.    Would you spend more of your time on day

24

1    shift or night shift as an apprentice?
2        A.    Night shift -- I'm sorry.  Day shift, day
3    shift.
4        Q.    Okay.  And then you came out of the
5    apprentice program in 1964 or '65?
6        A.    No, no.  Yeah, you're right.  I'm sorry, '65
7    is when I graduated.
8        Q.    And you went straight to supervisor at that
9    point?
10       A.    In a few -- in a matter of months, yes, sir.
11   That's when I remember the OZARK showing up.  That was
12   one of the first and largest Navy vessels at that time.
13   And it lasted, I don't know, eight or nine months it
14   seemed like.  It might have been longer.  But that's
15   kind of like where I met Robert along in that time
16   frame.
17       Q.    When did the OZARK come into Norshipco?
18       A.    I'm not positive.  I think I remember -- I
19   graduated in '65, so it was a couple of months after
20   that.  It seemed like it might have been '65, '66, and
21   it stayed for -- God, I don't know.  It was crazy.  I'm
22   not sure how long it stayed.  Eight or nine months.  I
23   don't think it was a year because I don't think back
24   then they were getting year contracts, but that's what
25   I remember.

25

1        Q.    Norshipco's work was contract work; correct?
2        A.    Yeah.
3        Q.    Let me ask you this:  You talked about how
4    you moved around as an apprentice, you'd go from one
5    yard to the next to the next?
6        A.    Uh-huh.
7        Q.    Would you be assigned different supervisors
8    each time?
9        A.    Yeah.
10       Q.    So you could work for more than one
11   supervisor in a day?
12       A.    Yeah, even in the same plant.
13       Q.    Okay.  You might be working with one man in
14   the morning and then break for lunch and work for
15   somebody else in the afternoon?
16       A.    Very possible.
17       Q.    Either at Brambleton or you could have been
18   moved over to Southern or somewhere else?
19       A.    Berkley, Brambleton.  Southern probably not
20   because it was small.  You'd have to go over there to
21   fix a stove or a piece of ventilation on one of the
22   yachts or whatever, but most generally when you went
23   over there you only worked with the one guy.
24             The other two plants, yeah, you could work
25   with a couple of supervisors during the day.  One might

26

1    be doing DH in a given sandblasting area, and then you
2    get that finished and Carpenter needs you over here to
3    work on a stove, Carpenter being his name.
4        Q.   What is DH?
5        A.   Dehumidifying systems.  Back then they used
6    to sandblast the tanks inside and we had to run all the
7    ventilation down inside to blow fresh air in and suck
8    stale air out.
9        Q.   So part of your job as a sheet metal worker
10   at Norshipco was to set up temporary ventilation for
11   the other trades?
12       A.   Well, no, not for the other -- well, that was
13   for the painters and blasters, especially for them and
14   only for them and not for the other trades.  Because
15   there was a ventilation department later on that used
16   to set up the ventilation for the -- on the ship's
17   jobs.
18       Q.   You say that you met Robert Jacobs again at
19   the shipyard after you came out of the apprentice
20   program?
21       A.   No, I was still in the apprentice program, I
22   think, when he showed up.  I'm trying to get the years
23   right because I graduated in '65, from memory.  He
24   showed up about '64, but when I -- the time frame that
25   he came into the job the OZARK was there.  But I was a

27

1    supervisor so it had to be -- I said '64 when he came
2    over.  He must have started in his apprenticeship.
3        I'm trying to get my years -- I got them
4    crossed.  Because I got out in '65, I was a supervisor.
5    I don't remember him coming in that space on the OZARK
6    later on, so he was an apprentice and had started and
7    was working in other jobs as an apprentice, and then
8    when I was made supervisor and was assigned to the
9    OZARK, he showed up one day.  Skipper Bland brought him
10   in and said, Guess who I got for you?  And that's when
11   I first saw Robert, so it must have been in '65 as
12   opposed to '64 when he actually started his
13   apprenticeship.  So he could have been like a second
14   year apprentice as far as my timing goes.
15       Q.   First time you recall seeing him out in the
16   yard though was on the OZARK?
17       A.   Was on the ship called the OZARK.  Yeah,
18   that's what I kind of remember.  I mean, that was one
19   of the jobs they brought him down and said, Here's a
20   new man.
21       Q.   You gave the name of someone who brought him
22   down.  Who was that?
23       A.   Skipper Bland, and he lives in Carolina.  I
24   didn't know how to get in touch with him.  I was going
25   to say you could talk to him about Jacobs because he

28

1    knows Jacobs.
2        Q.   Is it Bland, B-L-A-N-D?
3        A.   Yeah, Skipper.  I can't remember his first --
4    his real name.
5        Q.   What was Bland's position?
6        A.   He was the supervisor back then, higher up,
7    you know.
8        Q.   Was he like a foreman?
9        A.   No, he wasn't a foreman.  He was still called
10   a lead man.  The foreman was Fitzgerald.  He's dead and
11   gone, too.  Dave Fitzgerald.
12       Q.   So Bland was a supervisor but he was your
13   boss?
14       A.   Yeah.
15       Q.   You were a supervisor but a newer one?
16       A.   Yeah, right.  Yeah, right.
17       Q.   And then Jacobs came to you and he was an
18   apprentice?
19       A.   He was an apprentice in the apprentice
20   program at that time.  Like I say, I got my years
21   backward right close.  But, anyway, in that time frame
22   he was an apprentice that was brought in to me to work
23   on the OZARK.
24       Q.   Okay.  What was your job on the OZARK at the
25   time that Jacobs first arrived?

29

1        A.   Well, back then everything was worked by
2    specification and they had given me what -- a set of
3    specs to work all these jobs, an assistant -- Skipper
4    Bland, again, from the way I'm remembering, he was
5    basically responsible for me and he'd tell me which set
6    of the -- what area of the specs for me to make happen,
7    that type of thing.
8        Q.   You were doing sheet metal work?
9        A.   Yeah, throughout the ship, again, from top to
10   bottom.
11       Q.   Now, the Navy owned the OZARK; correct?
12       A.   Correct.
13       Q.   That was a Navy ship, and the Navy came to
14   Norshipco or Norfolk Shipbuilding and Drydock,
15   whichever name it was, they came to the yard and said,
16   We want you to do these jobs and here are the specs?
17       A.   Well, it gets -- there's some -- all the
18   estimators, they do all the estimating of all these
19   jobs, and then the award goes out to the contractor
20   that bids the best price.  And then, yes, you get a set
21   of specifications that includes all the different
22   shops.  And then those superintendents, they have these
23   meetings and then they direct who gets what part of the
24   specification in accordance with the type of work that
25   you did.

30

1    Q.    Okay.
2    A.    All the sheet metal work would go to the
3    sheet metal shop, the specifications, the drawings and
4    all that type of stuff, and then from there you start
5    doing the jobs.  And then there were several
6    supervisors like me working for Skipper as the lead, I
7    guess would be the right word back then, the lead
8    supervisor, and he would make sure we did all of our
9    work right.  And we'd assign jobs to the different guys
10   that were given to us.  That's kind of the pecking
11   order.
12   Q.    The way it generally worked though is that
13   the Navy knew it needed to get some work done on the
14   OZARK?
15   A.    Right.
16   Q.    It sent out --
17   A.    Specifications.
18   Q.    -- specs to the different yards and said,
19   Bid the job?
20   A.    Right.
21   Q.    And basically the low bid won?
22   A.    The contract, right.
23   Q.    So Norshipco won the contract?
24   A.    Correct.
25   Q.    Because it knew what work needed to be done

31

1    and how much it would cost for them to do it?
2    A.    Right.
3    Q.    But it was the Navy that determined what jobs
4    actually got done on the ship; correct?
5    A.    No, they didn't determine -- well, they did
6    have surveyors on the job following the work, but they
7    didn't determine which jobs had to be done.  They knew
8    all the work in that package had to be done and it was
9    up to Norshipco to get it done at their discretion and
10   assigning the people as they saw fit and make it
11   happen.
12   Q.    But the actual jobs that got down, the actual
13   tasks and things that needed to be fixed or overhauled
14   or whatever on the ship, the Navy decided what got
15   done?
16   A.    Correct.
17   Q.    Okay.  So if a particular piece of equipment
18   were going to get worked on or not worked on, that's
19   the Navy's call; correct?
20   A.    Correct.
21   Q.    And Norshipco said, We can do that job for
22   this price?
23   A.    Uh-huh.
24   Q.    And then Norshipco assigns whoever they need
25   to do it?

32

1    A.    To make it happen, yes, sir.
2    Q.    All right.  When Jacobs was first aboard the
3    OZARK that you saw him, he was an apprentice?
4    A.    From my memory, yes, sir.
5    Q.    So he would have been just like you were, he
6    would have been assigned to different supervisors on
7    different days and different parts of the yard;
8    correct?
9    A.    No, not -- what would happen -- when he was
10   assigned to me on that job, he -- I was his boss at
11   that time.
12   Q.    Right.
13   A.    And as long as he stayed on the OZARK, he
14   reported to me.
15   Q.    Okay.  But he might work for you for half a
16   day and then go off to some other ship or go over to
17   Brambleton or somewhere else?
18   A.    From some of the conversation that I said
19   earlier it might seem that way, but in this situation
20   where there was a -- this was a big job.  Jacobs, Joe,
21   Fred, Frank, all these were sort of permanently
22   assigned to that job for the duration of that contract.
23   Q.    Okay.  Obviously --
24   A.    Because it was such a large job is why they
25   assigned people instead of jumping them all around.

33

1    That was some of the problems they were having back
2    then.  Well, I needed him to -- you know, no.  When
3    Jacobs was assigned to that job, as well as the other
4    guys that were assigned, like me, I was on it, that was
5    my job until it was completed.
6    Q.    Okay.
7    A.    In that situation and in that time frame.
8    That was when they just started getting into some of
9    the -- instead of jumping everybody around playing
10   stupid games, keep these guys on this job and get this
11   job done.
12   Q.    You gave me a bunch of names there a minute
13   ago, Joe and Frank?
14   A.    Oh, they were just arbitrary.  They wasn't
15   anybody.
16   Q.    Do you remember who else was assigned to work
17   with you in the sheet metal department on the OZARK?
18   A.    Wow, no, I don't.  I'm sorry.  I wished I --
19   Q.    Obviously Mr. Jacobs as an apprentice would
20   have done his classroom time as well?
21   A.    Oh, yeah.  When his school time came up he
22   had to go to school that week.
23   Q.    Would you get a different apprentice?
24   A.    Not necessarily an apprentice.  I would get
25   somebody to fill in that spot for that week.  And I'm

34

1    trying to remember, was it a week?  I'm going to have
2    to leave it there because that's the way I remember it,
3    as a week for that time.
4        Q.    Do you remember who any of those people were
5    that filled in during Mr. Jacobs' classroom week?
6        A.    I'm sorry.  I really don't.
7        Q.    Okay.  You said you thought the OZARK might
8    have been in the yard eight or nine months?
9        A.    Yeah, it seems like it.  Because that was one
10   of the first largest contracts we had government-wise
11   for any kind of time.  That was why they set up to have
12   the -- to keep the people on the job working as opposed
13   to this jump here, jump there that did happen.
14       Q.    Did the OZARK come into the yard before Mr.
15   Jacobs got to you?
16       A.    Oh, yeah.
17       Q.    Do you know how long it had been there?
18       A.    No, sir, I don't.
19       Q.    Could it have been a couple of months?
20       A.    It could have been.
21       Q.    Okay.  And then for -- and then for an
22   additional one week out of every month, Mr. Jacobs
23   would have been off the OZARK doing something else,
24   doing his classroom training?
25       A.    Say that again.

35

1        Q.    Obviously the job had already started when
2    Jacobs arrived?
3        A.    Yes, sir.
4        Q.    So he missed maybe a few months of that?
5        A.    Few months, yes, sir.
6        Q.    And then after he arrived, one week of every
7    month he was off the ship doing his classroom training
8    for his apprenticeship; correct?
9        A.    Yes.
10       Q.    What areas of the ship was Mr. Jacobs
11   assigned to on the OZARK?
12       A.    Well, I think it was like 386 or 400 hundred
13   departments on that -- compartments, not departments on
14   that whole ship.  It might have been more.  He could
15   have been involved with any number of them, living
16   spaces, berthing spaces, galleys, sculleries, engine
17   room.  As the work was generated by the specs or
18   following the work, building bulkheads, new
19   compartments, new ventilation, new furniture, new
20   cabinets, he would be involved in generally that type
21   of work throughout the time.
22       Q.    When you say things like furniture and
23   cabinets, you talking about like desks, chairs, wall
24   cabinets?
25       A.    Yes, sir, made of metal.  And most of the

36

1    time the furniture, the berthing compartments and all,
2    they're modular units, units that are made of metal so
3    you can get them through the doors in spaces like that
4    and then you assemble them in place.  You got to put
5    all the sides in, the fronts, the back, the top, and
6    you put the drawers in and then you built the berths
7    and you got to build stuff, structures to the bulkheads
8    that allows the berths to be hung on them so that
9    they'll fold up and down.
10       Q.    And the drawers that went underneath the
11   racks?
12       A.    The drawers, metal drawers.  And then in the
13   sculleries you got the stainless steel fixtures and
14   cabinets and dishwashing machines and that type of
15   stuff.  Everything like in your house is basically
16   there on the ship, but it's made of sheet metal.  And
17   then it's made of modular units so you can get it
18   through these restricted doors, 27 inch doors, 32 inch
19   doors, that type of thing.
20       Q.    Even things like tables and chairs would have
21   been made of metal?
22       A.    Yes, sir, for the most part so that you
23   attach them to the deck and those clips have to be made
24   to the deck so they won't roll about.
25       Q.    So the sheet metal workers were one of the

37

1    departments, one of the trades that really spent their
2    time in virtually every area of the ship?
3        A.    For the most part, yes, sir, including the
4    engine rooms, generators room, boiler rooms, pump rooms
5    and all these different rooms I mentioned like that are
6    on all -- most all ships for the most part, even
7    commercial jobs to some degree.
8        Q.    Let's talk specifically about the OZARK.  Do
9    you have a specific recollection of what compartments
10   Mr. Jacobs was assigned to on the OZARK?
11       A.    The only thing that comes to mind that Jacobs
12   probably was involved with quite a bit was the -- the
13   different areas throughout the ships where we were
14   building these new rooms out of metal joint bulkheads.
15   They call them MJ bulkheads.  And the reason for that
16   is that the design of the bulkhead itself is made like
17   a J, and you take one J and back it up to another J and
18   you bolt all that together.
19         Then those rooms got insulated.  There would
20   be areas in the overhead that we had to knife slice
21   insulation in the overhead to put the flat bar -- the
22   six inch drop flat bar that you tack weld up there.
23   Sorry to talk with my hands.
24       Q.    That's all right.
25       A.    And we go through and cut out all the

38

1    insulation and the welders would come back with you
2    working off of scaffolding and you tack them to the
3    drop from the ceiling, and then you attach these
4    bulkheads to this riveting vertically and horizontally,
5    that type of thing, making ways for the doors.
6        Q.    These MJ bulkheads, where on the ship were
7    these being installed?
8        A.    Throughout for new berthing spaces, for new
9    living space, for new lounges, for new libraries and
10   basically building a house within a house made out of
11   sheet -- I mean, in the ship made out of sheet metal.
12       Q.    A lot of this work was done on sort of the
13   upper decks; correct?
14       A.    No, these were the below decks, main deck and
15   below, that type of thing, where all the berthing
16   spaces were.  And running new ventilation, putting
17   in -- he could have been working in the scullery
18   putting in new washing machines.  He could have been
19   working in mess decks putting in the new tables and
20   seating areas.  Back then we did all that.  And
21   building new countertops for the serving lines for the
22   galley, you know, stainless steel tray lines that the
23   trays slide on, the sailors, guys are walking through,
24   just a variety of all different kinds of sheet metal
25   work.

39

1        Q.    Okay.
2        A.    He would have been not necessarily assigned
3    to just this piece.  It's not like the Navy yard, if
4    you will.  A lot of guys get in there and that's all
5    they ever do, which is the same thing over and over,
6    which is fine if it has to happen that way.  But
7    Norshipco, you just work on some of all of it.  It's --
8    it's not madness, but --
9        Q.    Let me ask you this:  Was Mr. Jacobs ever
10   assigned to a supervisor or a sheet metal mechanic, for
11   lack of a better term, other than you on the OZARK?
12       A.    I'm trying to remember.  Yeah, you know what?
13   He worked with Sam Kurzer, who is no longer with us.
14   He worked with Sam K-U-R-Z-E-R, and I remember him
15   working for Sam.
16          And he very easily could have worked with who
17   was my boss and our boss, with Skipper Bland also.
18   Skipper is still here, as far as I know.  He's in
19   Carolina.  I can't think of any of the other
20   supervisors.  I know there was probably Carpenter.  Of
21   course, he's dead and gone, L. J. Carpenter.  He worked
22   for him on there.  Carpenter, Skipper, Sam.  I -- I
23   can't remember any other guy.  We're talking 60 years
24   ago.
25       Q.    Would it be fair to say that there were times

40

1    when you were on the OZARK where you were not working
2    with --
3        A.    Fifty years.
4        Q.    -- Mr. Jacobs, is that fair?
5        A.    There were times that I wasn't --
6        Q.    Times where you were on the OZARK and you
7    were not working with Mr. Jacobs?
8        A.    Absolutely, yes, sir.
9        Q.    Likewise, there were times when Mr. Jacobs
10   might have been working on the OZARK, but not with you?
11       A.    Correct, that very easily did happen.
12       Q.    Okay.  You said something about -- I forget
13   the word you used, was it auditors or inspectors?
14       A.    Naval surveyors.  You talking about
15   government work?
16       Q.    Yes, sir.  Let's talk a little bit about
17   them.
18       A.    I don't know too much about them other than
19   they were government employees that were assigned to
20   the OZARK back then, and I -- I didn't deal with them
21   too much because it was -- they were just responsible
22   for the Navy work through the superintendents, and back
23   then the superintendents were somebody -- a job you
24   wanted to work for, but didn't -- but anyway, yeah.
25       Q.    So the surveyors would come through and make

41

1    sure that the work was done to the Navy specs?
2        A.    Yeah, coordinated through a superintendent.
3    A Norshipco superintendent would keep the Naval
4    surveyors happy.
5        Q.    The Naval surveyors were the folks that
6    signed off when the work was done right?
7        A.    Correct.
8        Q.    If the work wasn't done to their
9    specifications, they could deny it and make the work
10   get redone; correct?
11       A.    That's correct.
12       Q.    If Norshipco wants to get paid and stay on
13   budget, they did the work that they Navy wanted them to
14   do?
15       A.    All the work had to be agreed to and signed
16   off.
17       Q.    And that also went for doing work that the
18   Navy didn't pay for?  For example, a sheet metal
19   mechanic can't just go do a job if it's not part of the
20   specs; correct?
21       A.    That's right.  That was what they call a
22   change notice had to make that happen.  A change notice
23   would be written by the supervisor, to the
24   superintendent, to the surveyor, the Naval surveyor,
25   and then they'd agree on that, and this is how much it

42

1    is going to cost, and then it would work itself back
2    down in the form of a change notice.
3        Q.   Even the materials that you use, I know you
4    worked a lot with metal that was an eighth thick and
5    thinner, but even the composition of the metal that you
6    would use for these MJ bulkheads and everything else,
7    that was controlled by the Navy; correct?
8        A.   Correct. There were specifications that you
9    had to make it from.
10       Q.   And the Navy had lists of approved suppliers
11   for their materials, you had to get them from the --
12   for example, the companies that made the metal, the
13   aluminum or steel or whatever it was, the Navy told the
14   shipyard what companies they could go to to get it?
15       A.   From my memory that's probably the way it had
16   to work.
17       Q.   Okay. Did you as a sheet metal worker on the
18   OZARK use anything that you believed contained asbestos
19   yourself?
20       A.   I couldn't really tell you that because I
21   don't -- to this day I don't really absolutely know
22   what asbestos -- if I had a piece here that was
23   asbestos and a piece here that wasn't asbestos, I
24   absolutely wouldn't know that I could say that's
25   asbestos and that's just insulation.

43

1        I -- it was there. Whatever those materials
2    were, I know that we used to go down in -- in a given
3    situation if you go in a fan room, you got to make
4    access to the ventilation. There was piping in the way
5    and it had cloth on it and then underneath the cloth
6    was the -- a white substance that if you cut that
7    substance and all that, it would kind of make like a
8    powder and all that stuff. And a lot of times it
9    looked like a snow storm in some of these areas that
10   we'd go in.
11       And at that time frame we did not -- to my
12   knowledge we did not have a per se insulation
13   department that did this, so you had to do it to get to
14   your ventilation work or whatever where you pull this
15   out, get the insulation aside. That's kind of what
16   like I remember. And then these guys here would come
17   back later on, fix it up, doctor it all up.
18       Q.   Did you need permission to take any of that
19   insulation off?
20       A.   Not back then. You just do -- especially on
21   commercial jobs -- getting away from the OZARK, on a
22   commercial job where a job was in, it had to be done,
23   get it done, get to that ventilation, get it cut out of
24   there because it's deteriorated and it needs to be
25   replaced. So you've got to kind of work your way into

44

1    the space. If it was in a fan room, you go in and move
2    the -- whatever interferences was in your way, you'd
3    get that out of the way so you could go get to do what
4    you had to do with the chisels and all that and cutting
5    access holes.
6        And many is the time that I had moved it and
7    Jacobs, too, and the rest of the sheet metal workers
8    because I think I mentioned earlier on that there
9    wasn't an insulation department. So we knew that
10   somebody was going to come fix it, but that's what --
11   that wasn't our concern at the time. Our concern at
12   the time was to get that ventilation out or get those
13   flanges broke loose and make access however you had to
14   do it.
15       Q.   You're talking about pipe insulation. Fair
16   to say you don't know what that insulation was made of;
17   correct?
18       A.   No, sir.
19       Q.   You don't know how old it was?
20       A.   Don't have a clue. Even then I didn't know
21   and today I don't know.
22       Q.   Okay. Whatever material was on there was
23   something that the Navy had instructed to be put on
24   there?
25       A.   The Navy, yes, and commercial-wise, yes.

45

1        Q.   Okay.
2        A.   And that was something that was put on by
3    others that no telling where or when, you know,
4    whenever the ship was built and whatever it was built
5    out of, that type of thing.
6        Q.   Other than the OZARK, did you work with Mr.
7    Jacobs on any other ships whose names you recall?
8        A.   Yeah. I gave Paul several names that I --
9        MR. WEYKAMP: This is all he had in response
10   to the notice.
11       THE DEPONENT: The only thing I had was these
12   names, and those were -- that is some information that
13   I had left over from the shipyard. I didn't have any
14   real reason to have it other than it was in my box, and
15   that was about the only thing I could find. I tried to
16   find anything you-all might need to support, you know,
17   but I don't have any absolute memory other than the
18   OZARK. It just happened to be the one I thought about.
19       I do remember working -- Jacobs working with
20   me on the ARSs, and I didn't see any of those, and
21   those were the repair ships that worked repairing the
22   anti -- damn, I can't think of them.
23       MR. JOSS: Let me ask you this:
24       MR. WEYKAMP: If I can just say, this is a
25   trans -- telefax transmission sheet from Mr. Tatem.

46

1 You'll see it's got one, two and three.

2     THE DEPONENT:  Mine sweepers, mine sweepers.

3     MR. WEYKAMP:  That's actually communication

4 between counsel.

5

6 BY MR. JOSS:

7     Q.   All right.  Let me ask you this about this

8 list.  Where did this list come from?

9     A.   I can't absolutely tell you because I don't

10 remember.  I know it was in my files -- files, it was

11 in my old box I had at home.  This is a list of ships

12 that I worked on.  Jacobs worked on any given number of

13 them.  The ones with the checkmarks was the ones I

14 thought he might have possibly worked on, could have.

15 It's an almost maybe type thing.

16     Q.   Right.  You can't say for sure?

17     A.   No, sir.

18     Q.   Okay.

19     A.   It's a list that I had left over from when I

20 worked at the shipyard.  I didn't save a whole lot of

21 files.  There was no need.  I said, Don't need any of

22 this stuff anymore, and I just found that and was

23 looking at it because Paul had asked me did I remember

24 Jacobs and the specific ships that he worked with me

25 on.  And the only ones I could think on was the

47

1 JOSEPHUS DANIELS was one of them I think I remember,

2 and the ARSs and I think they've laid all them up.

3     Q.   The ARSs were Navy ships?

4     A.   Yes, sir.  They were the small, about 300

5 foot long ships that made repair to the mine sweepers

6 when the ship mine sweepers would be underway or

7 whatever and had problems overseas or wherever they

8 went.

9     Q.   These were tender ships?

10     A.   These were tender ships, and they actually

11 would make repairs and were responsible for a lot of

12 the Navy diving and all that.

13     Q.   Do you remember the names of any of those ARS

14 ships?

15     A.   I don't.

16     Q.   And you have checkmarks next to a number of

17 these vessels' names but you don't --

18     A.   I don't --

19     Q.   Let me finish my question so the court

20 reporter can take it down.

21     These are ships that you think Robert Jacobs

22 might have worked on, but you can't be sure?

23     A.   Correct.

24     Q.   The ships that are on the -- you didn't type

25 this list yourself; correct?

48

1     A.   No, sir.

2     Q.   So you can't say whether or not even you were

3 on all these ships?

4     A.   No, sir.

5     Q.   There's a piece of paper that's taped to --

6     A.   I did that.  Those are the names of the

7 people I could think of and -- I mean, I could have

8 made a list much longer than that, but I really didn't

9 want to.

10     Q.   Okay.

11     A.   And those are half a dozen or so names that I

12 thought he was interested in.  Paul was interested in

13 knowing were there some other people that I worked with

14 with Robert that I could get to him, and those were the

15 ones I could think of.  I mean, I've been gone four

16 years now, five years, and I don't remember.  That's

17 the ones I came up with.

18     Q.   Let's look at these names.  The first one on

19 the coworkers list that is attached to this is Pat

20 Hankins we've already talked about who you talked to a

21 couple weeks ago?

22     A.   I thought about him because he's right around

23 the corner.  I know he worked with Robert, yes, sir.

24     Q.   Who's Brad Vaughan?

25     A.   Brad Vaughan is a superintendent at Norshipco

49

1 that I'm thinking he was in the shop in the time frame

2 that Robert was in the shop.  He's a young boy about, I

3 don't know, 45, 50 years old.  And he -- he very easily

4 could have worked -- I was going to call him and ask

5 him did he work with Robert, but I never did.

6     Q.   You say in the shop.  Was there a time when

7 Mr. Jacobs was assigned to the shop at Norshipco?

8     A.   Oh, yeah, he worked in the shop and this --

9 Brad Vaughan worked in the shop in the same building,

10 and I know he knew Jacobs, you know.

11     Q.   When was Jacobs assigned to do shop work as

12 opposed to shipboard work?

13     A.   Throughout his apprentice program, just like

14 myself.  A little bit in the shop, a lot on the ship.

15     Q.   Was there a time that you're aware of when

16 Mr. Jacobs would have been assigned to the shop full

17 time?

18     A.   No, sir, the apprentices don't get assigned

19 to the shop full time.

20     Q.   How about after he left the apprenticeship,

21 were there times when he was assigned to work in the

22 shop?

23     A.   Basically more on the ship.  When you finish

24 your apprentice program, your training kind of part of

25 that is over with.  Unless you're involved in a given

50

1  job by specifications that you're going to be in the
2  shop building ventilation then you'll be -- excuse me,
3  you'd be in the shop for that time frame.
4      Q.   Have you talked to Brad Vaughan at all about
5  Mr. Jacobs?
6      A.   No, sir.
7      Q.   How about Tony Smith, who is that?
8      A.   That is the foreman or -- I don't know what
9  they call them now.  I don't think they call them
10  foremen.  Anyway, he for all intents and purposes is
11  the foreman in the Brambleton plant -- sorry, Berkley
12  plant sheet metal shop.  The Brambleton plant is no
13  longer in existence.  Neither is the Southern plant.
14      Q.   The Berkley plant is the one that's out here
15  in between Norfolk Waterside and Portsmouth where you
16  see the big drydock?
17      A.   When you go over the bridge, it's -- yeah,
18  the big drydock, yeah, that's BAE, Norshipco.
19      Q.   And have you talked to Tony Smith about
20  Robert Jacobs?
21      A.   No, sir, didn't get a chance.
22      Q.   Who is Tim Spruill?
23      A.   He is an -- I guess Tim's now a
24  superintendent.  I'm not sure of his title.  He's one
25  of the guys that worked with Robert as we were coming

51

1  along, and him and Robert actually were kind of about
2  the same age, I think.
3      Q.   Was Tim Spruill in the sheet metal
4  department?
5      A.   Yes, sir.  He was an apprentice, too.
6      Q.   Was Tony Smith a sheet metal worker?
7      A.   Yes, sir.  Actually I think both those were
8  two of my apprentices, too, at one time.
9      Q.   There's a Jim Tatem, Jr.  I take it that's
10  your son?
11      A.   Yes, sir, him and Robert worked together
12  earlier on.
13      Q.   How old is your son, Jim Jr.?
14      A.   He's 40 -- 48 or -- I think he's 48.
15      Q.   When did he start working at Norshipco?
16      A.   Gosh, '62 -- I -- '74-ish.  I don't know.  He
17  did an apprentice program, too.
18      Q.   Was he sheet metal?
19      A.   Yes, sir.
20      Q.   Who is Larry Rummel?
21      A.   Larry Rummel is a plant manager I think at
22  Norshipco, BAE, and I -- I know that he knew Robert and
23  how -- what kind of guy he was, hard worker type, you
24  know, and dependable and all that.
25      Q.   What department was Larry Rummel in?

52

1      A.   He was a shipfitter, yeah, the heavier metal
2  area.
3      Q.   All right.  And last, who was John Powers?
4      A.   He's a sheet metal.  He was one of my
5  apprentices, too.  He was an apprentice.  Him and
6  Jacobs could have been -- no, I think Powers was behind
7  Jacobs, but they worked together.  They knew each other
8  and worked together.
9      Q.   So why don't we do -- at this point I'm going
10  to mark your handwritten notes as Exhibit 1 to the
11  deposition, and we'll do these two pages as Exhibit
12  Number 2.
13      A.   Do you need those?
14      Q.   Yeah, please.
15
16          (Tatem Deposition Exhibits Number 1 and
17          Number 2 were marked for identification.)
18
19  BY MR. JOSS:
20      Q.   Mr. Tatem, other than putting together MJ
21  bulkheads on the OZARK, do you have any specific
22  recollection of jobs that Mr. Jacobs did while working
23  at Norshipco?
24      A.   On the OZARK we're talking about?
25      Q.   On any ship.  I understand you don't recall

53

1  specifically what other ships he was on, so it sounds
2  to me like the OZARK is the only one that you really
3  remember him being on that particular ship?
4      A.   Only because that was seemingly the first
5  time I met back up with him.  I mean, he did work on
6  like ventilation, I think we've said that, on --
7      Q.   Okay.
8      A.   Putting sheeting on generators, putting
9  turbines -- taking metal off of turbines and generators
10  and pumps and building -- what was those boxes?  I
11  forgot, we had a name for them.  Building strainer
12  shields is what I'm trying to say.  They are boxes
13  that's down in the engine room on all the oil fired
14  equipment, you know, for protection, to protect the box
15  is what they are, wherever shields.  Ventilation, I
16  think I've said, in the engine rooms, in the fan rooms.
17  Galleys, he was good in stainless steel work.  Robert
18  could weld.  He worked on stainless steel work for many
19  counters, cabinets.  I'm trying to think.
20          He was good at sketching.  Of course, that's
21  part of making everything happen.  You know, you go
22  down and you make interference drawings and put all the
23  information down and then take that information back
24  and you do -- that's some of the shop time he would
25  get.  Doing a lay-down is what they call it, and you

54

1    lay all this down and put all the interferences on the
2    drawing and then figure out how to get from A to B with
3    the ventilation runs through all the piping and
4    electrical and all the interferences.  I don't know how
5    much more you —
6        Q.    Well, let me ask you this:  You mentioned
7    some pieces of equipment.  I'll start with turbines.
8    You said he was removing metal from turbines?
9        A.    Yeah, the turbines were — they're mated up
10   to the main motors and the connecting — the shaft from
11   the turbine to the motors, whatever, would have the
12   sheet metal enclosure.  There'd be insulation
13   protecting all the hot areas, and then we'd come along
14   and cover it up with sheet metal, that type of thing.
15       Q.    At what point during the work on the OZARK
16   was this work on the turbines done?
17       A.    No, no, there wasn't any of that involved.
18   This is on other Navy jobs and commercial jobs that I
19   just generally remember.  I don't necessarily mean that
20   everything now that we're saying is on the OZARK.  The
21   OZARK was there and it was done.  That just happened to
22   be one of the biggest jobs I remembered way back when
23   we started that Jacobs was — that's about the time
24   frame that he showed up.  And I don't know that — I
25   wouldn't say that he worked on the turbines and the

55

1    generators at that time.
2        Q.    On the OZARK?
3        A.    On the OZARK.
4        Q.    And that's what I want to make sure, that you
5    and I understand each other.
6        A.    Yes, sir.
7        Q.    When you went through the list of the
8    different — of the galleys and the pumps and the
9    generators and the strainer shields —
10       A.    Oh, that was just a variety of all the
11   different — I misunderstood your question then.
12       Q.    That's fine.  I'll ask my question a little
13   bit more specifically.  In terms of specifics tasks you
14   recall Jacobs doing just on the OZARK during the few
15   months it was in there —
16       A.    Mostly during that time frame he was working
17   on ventilation and metal jointed bulkheads I remember.
18   I don't think we got him into stainless work early on.
19   He was — no, it would have been ventilation and metal
20   jointed bulkhead, hanging metal jointed doors or
21   installing them, not hanging them.  You install them.
22   You make out the cuts in the bulkhead and that was one
23   of the big things that he worked on.
24       Q.    Were the doors — were the hatches that went
25   through these bulkheads, were they already precut into

56

1    the metal?
2        A.    No, you lay them out as you built these
3    bulkheads for these new metal jointed doors, and they
4    were metal, as you said, MJ doors.  And you'd frame out
5    for them and you have to cut the metal to make the
6    adjustments.  And, of course, they had to be within the
7    MJ bulkhead framing so that there would be the strength
8    there to support the door and that type of thing.
9        Q.    Okay.  This was sort of a -- really
10   prefab, but sort of a modular way of building
11   compartments on these ships?
12       A.    Correct.
13       Q.    These bulkheads, and I think you mentioned
14   the MJ bulkheads. they had sort of a J hook on each one
15   and you put those together?
16       A.    Yeah.  The design of them was like that, and
17   then you bring another one in here like this, out here
18   like this, and then this one would be flat and this one
19   would be flat, and the next one would come out like
20   that.  And then you come in and put rivets in here.
21   And then at the top you'd weld it.  (Indicating)
22       Q.    And that was going to be my question.  Was
23   that the -- the actual joints themselves are riveted
24   together?
25       A.    Yes, sir.

57

1        Q.    Okay.  And then you weld them at the top into
2    the --
3        A.    No, they would be riveted at the top and they
4    would have expansion pieces at the top, slotted holes,
5    and there would be bolts in there with heads on them.
6    And they slide in and out as the ship worked,
7    otherwise, they'd pop all the rivets out.  And at the
8    top of that flat bar that these were screwed to, the
9    piece at the top is like that and then there is that
10   piece.  Right here is welded and right here is slotted,
11   and while we're looking at that, it's got a — like
12   that and it's got a slot in it like that and that's
13   where that bolt goes through there and allows it to
14   slide up and down.  (Indicating)
15       Q.    That allows the ship to flex when it's at
16   sea?
17       A.    Yes, sir, and all the rivets don't come
18   shooting out like bullets.
19       Q.    We've been going for about an hour.  Why
20   don't we go ahead and take a few-minute break?  I'm
21   going to check my notes and see how many more questions
22   I've got and then we'll let some of these other folks
23   maybe even on the phone have some questions.
24       A.    Oh, gee.  Okay.
25            (Whereupon, a recess was taken.)

58

BY MR. JOSS:

Q.   All right. Mr. Tatem, we're back from a short break. I have a few more questions for you and then I'll turn it over to some of the other folks to see what questions they might have.

The names you wrote down on what's been marked as Exhibit 1, your handwritten notes that we discussed earlier --

A.   Yes, sir.

Q.   -- is it fair to say that these are just names that you recall generally from your time at Norshipco?

A.   There aren't any names on this sheet.

Q.   I'm not talking about people's names, I'm talking about names of contractors, products, whatever -- whatever is on here.

A.   I'm sorry. That was kind of -- I was just trying to think because my memory is not as good as it used to be. Yeah, that was just notes I jotted down from people I remember working with generally. I guess that's the right answer on that, if there's a right answer.

Q.   And for the company names that are on here, those are names you just remember generally from Norshipco; correct?

59

A.   Correct.

Q.   And you couldn't tell me that Mr. Jacobs worked specifically with any products made by any of these companies anywhere in the shipyard?

A.   And swear to it, no, sir, I couldn't.

Q.   Okay. And just --

A.   I know that I did, you know, and he very easily could have because those are some of the people, yes, sir.

Q.   But you couldn't say that Mr. Jacobs worked on any specific ship at any specific time with any specific company or product on here?

A.   No, sir.

Q.   Okay. Did you ever socialize with Mr. Jacobs outside of work while you were employed at the shipyard?

A.   Yes, sir.

Q.   And what would the two of you do?

A.   Well, we'd go drink a few beers up at the local beer joint and shoot some pool and work on cars, and piddle — I mean, because he lived in the general area that I was in, and back then I used to drink. Not excessively, just have a few, you know.

Q.   All right. Where were you and Mr. Jacobs living at the time that you worked in the shipyard

60

together?

A.   I lived over -- actually, I lived in two different areas when Jacobs -- when we were both coming along. I lived over in South Norfolk or Portlock, and then from there -- that was where I had my first home. Then I moved from there to a place over in Chesapeake off Military Highway off Ingle Avenue, and I lived there for 33 years.

And in that time frame as we stump our toes and go along our merry way, Jacobs lived -- I think he lived in South Norfolk as we first started out, and then he moved to Newport News, and then he moved further out to the country where he could have his dogs. He was big into hunting and all that stuff, had them blue tick hounds and all that sort of stuff. But we still, you know, worked together and he'd drive back and forth all the time.

Q.   Do you recall when he moved out to the country?

A.   Let's see. It seemed like it might have been -- if I had to guess, he lived over in Newport News -- I would guess in the late '90s, mid to late '90s it seems like he moved out somewhere out in the country. I don't know where it was.

Q.   Okay.

61

A.   I never went there, but I did go to his place that he had in Newport News a couple times, ate dinner with him, him and his wife.

Q.   Did Mr. Jacobs ultimately retire from Norshipco?

A.   No, sir. I don't think he was quite old enough. From what I remember when I found out that he had that asbestosis is what I call it, it seemed like it was like 2000 — 2000 -- I want to say 2004 or 2005, along then I heard that he had this. And then we talked maybe once a month or so on the phone about how was he doing and was it getting better and he was going to the hospital and all that type of stuff, and then, gosh, all of a sudden, you know, he was gone --

Q.   Okay.

A.   -- it seemed like.

Q.   Do you still have any contact with Mr. Jacobs' wife?

A.   No, reason being I would have, but I had his phone in my phone or his number. I got a new phone and for some reason I lost the number and didn't have a number to call her, so — I mean, because we were friends, and just to see how she was doing, I guess. I didn't know if it was in order or not, but I don't see why not because we were good friends back when we were

62

1    coming along, his wife and I and my wife -- my first
2    wife. I got the divorce 15 years ago, it seemed like.
3        Q.    Did Norshipco at any point bring in abatement
4    contractors? Do you know what I mean by that?
5        A.    No, sir.
6        Q.    People that came in to remove asbestos and
7    they put up plastic sheets and worked --
8        A.    Oh, yeah. That happened -- it seems like I
9    never saw any of that happen until the late -- let's
10   see. Where are we at? Had to be -- no, actually, I
11   was a superintendent when that first happened. I'm
12   trying to remember. So that was '80 -- late '80s it
13   seems like. I was kind of surprised because I was a
14   superintendent and all the shops generally had gotten
15   into being programmed, schooled and all that along the
16   way. But as the superintendents, even though we were
17   responsible for the job, we were entirely responsible
18   for nothing it seemed like at times. You know, you got
19   all this information, but we wasn't getting in that
20   loop.
21        And one of the times I went down on the ship
22   and all this plastic is everywhere and it's got the --
23   I think it's got yellow signs with asbestos, keep out.
24   So I jumped on the shop and I said, hey, what's going
25   on here, you know, that type of thing. You can't go in

63

1    there, Mr. Tatem. You cannot go in there, it's off
2    limits. And I started checking and finding out things.
3    They hadn't schooled us on any of that in that time
4    frame, but that was one of the first exposures to these
5    enclosures, you know.
6        So then I did go into the space because I put
7    all the gear on that they said you're supposed to wear
8    and all that to go down in there. And it was down --
9    my understanding is that as long as there's nothing
10   flying -- debris flying around, you're safe if you've
11   got all the gear on. So there's been a time or two
12   that I was approved, okayed to go into the spaces even,
13   but that's when I first found out about it.
14        Q.    You said the shops had already been schooled
15   up on it?
16        A.    It seems like, yes, sir.
17        Q.    Do you recall when the various shops and
18   departments got their education and training?
19        A.    No, I don't. It just seems like that it was
20   at that time -- it was like a surprise that particular
21   first time that I saw this stuff. The engine room was
22   enclosed and that was one of the first times in the
23   early -- earlier on shall I say or I should say that I
24   found out about it.
25        Q.    Okay. Did --

64

1        A.    Then they started schooling us on it and
2    telling us, you know, because I started asking
3    questions, what's this all about, why. It's a safety
4    issue with asbestos. Keep the people out, and da, da,
5    da.
6        Q.    Did Norshipco have to comply with OSHA?
7        A.    Yes, sir.
8        Q.    Do you remember when OSHA came out?
9        A.    No, sir.
10       Q.    Do you recall people taking any air sampling?
11       A.    Oh, yeah, I used to have to direct some of
12   that paperwork-wise. We'd send samples to Portsmouth.
13   Actually, there was a place down here in Norfolk, too,
14   that did it.
15       Q.    Do you recall when that activity started?
16       A.    No, I just remember some of it having to be
17   done, and had some rush jobs, and da, da, da, da, da.
18   Let's see, when was that? Maybe '80, '90. Must have
19   been mid to late '90s that I -- when I first started
20   hearing about the sampling of the asbestos and that
21   type of thing.
22       Q.    You said that at some point the shipyard came
23   up with its own insulation department?
24       A.    Yeah.
25       Q.    Did the insulators who worked -- when they

65

1    formed that department, did those insulators wear any
2    kind of masks or respirator when they were doing their
3    work?
4        A.    Earlier on. The only thing I used to see
5    them in some of the insulation removals and stuff like
6    that early on, it seemed like it was -- gosh, I want to
7    say -- because I was still in the shop. Seemed like it
8    was late '70s or something in that time -- I'm not sure
9    of that. It seems like in the late '70s, and the
10   insulators were -- that's when they would start helping
11   with it.
12        But a lot of the times and even in that time
13   frame, we'd -- we'd have to insulate stuff that was in
14   the way, you know, that could have been asbestos. It
15   was insulation is all I know. And we'd call Fred,
16   that's the fellow I told you passed away, back in that
17   time frame. Used to you had to write chits and that
18   type of thing. And as we would write the chits and
19   wait for an answer back when they were going to be able
20   to do it, well, I got 18 jobs and I got 12 people. You
21   get rid of it, you make it go away, you get it out, you
22   get to your work and I'll take care of putting it all
23   back and dressing it up and putting it like it's
24   supposed to be, and wrapping it like it's supposed to
25   be and painters will come in and paint it and we'll be

66

1    done.
2        So that's what you do, you go ahead and you
3    get it done, ripped out of your way so you could get
4    access to the ventilation or overheads or whatever, you
5    get your work done and they'd fix the mess after it was
6    all done.
7        Q.   Did any of the insulation workers ever tell
8    you anything about asbestos?
9        A.   Not any real direct information like, Hey,
10   man, that's asbestos, it's not good for you. I mean,
11   I'm not stupid. I do remember hearing about asbestos
12   and don't be around it if it's flying and all that.
13   Well, it was too late because I had already been
14   through an episode of time in the early '60s, all of
15   the '60s, early '70s that you had to get the work done.
16   I don't care what it is. You go down there, you get it
17   out and you get that ventilation out, get back up here,
18   Skipper Bland, and you get it back up here and I've got
19   to have it back up here at 3:00.
20       Q.   When did you --
21       A.   So the night shift can do it. I'm sorry.
22       Q.   No, that's fine. When did you first hear
23   asbestos might not be good for you or might possibly be
24   hazardous?
25       A.   Truthfully, I would guess awareness really

67

1    seemed to start late '70s and early '80s, as a guess.
2        Q.   It didn't change how you did your work;
3    correct?
4        A.   Not really. It still had to be done. You
5    had to get it done. It seemed like they were working
6    towards more helping you as far as insulation removals
7    in the late '70s, mid to late '70s it seems like what I
8    remember.
9        Q.   All right. Mr. Tatem, I think those are all
10   the questions I have, I'm going to check my notes, but
11   I'm going to let some of these other folks ask
12   questions as well.
13       A.   Okay.
14       MR. JOSS:  Thank you.
15
16              EXAMINATION
17
18   BY MS. TURNER:
19       Q.   My name is PJ Turner. I have a couple of
20   follow-up questions. Do you know who diagnosed you
21   with asbestosis?
22       A.   The doctor person?
23       Q.   Uh-huh.
24       A.   I went up to Maryland. Somebody in the
25   shipyard told me to touch base with this guy, that he

68

1    was following some of the asbestos. I said, I think
2    I'm all right. They said, Well, it's worth a trip up
3    there just for your own health. It's not going to cost
4    you anything to find out, whereas if you're on this end
5    you're going to have to pay to have a lung examination
6    and all that.
7        So doctors that they referred me to or
8    whatever took -- did the testing of my lungs and all
9    that sort of stuff, and the feedback was there's a
10   slight indication of some asbestos. Unless it gets
11   worse, you don't really have to worry about it was my
12   feeling of what I was told at that time. And you can't
13   hold me to that because I'm not absolutely sure that's
14   what they said, but they did indicate there was a spot
15   and so I -- I don't know what else to say about it.
16       MR. WEYKAMP:  Mr. Tatem, you want to
17   concentrate on the question.
18       THE DEPONENT:  Oh, I thought that -- did I go
19   too far?
20
21   BY MS. TURNER:
22       Q.   No, you answered a lot of my questions, so I
23   didn't want to stop you.
24       A.   He told me to listen to you guys and do it
25   one by one. I'm sorry.

69

1        Q.   In your answer you mentioned "he" and "they"
2    as individuals who had referred you to the doctors up
3    in I think you said Maryland that could go and test
4    you.
5        A.   Uh-huh.
6        Q.   And I believe you were pointing to Mr.
7    Weykamp. Is that who you were referring to, Mr.
8    Weykamp and his law firm?
9        A.   Yes.
10       Q.   And they referred you up to Maryland to get
11   tested?
12       A.   Yes.
13       Q.   As a result of that testing did you file a
14   lawsuit?
15       A.   No.
16       Q.   Do you have a lawsuit pending to recover for
17   any sort of illness?
18       A.   I do?
19       MR. WEYKAMP:  You do have a pending suit.
20       THE DEPONENT:  I guess I do. I'm sorry.
21
22   BY MS. TURNER:
23       Q.   Safe to say you don't know any of the details
24   of that suit?
25       A.   Well, I get informed, now that you mention

70

1   it, I guess in those letters. I just put them in the
2   file. I never pay no attention to them. Shame on me.
3   I'm sorry.
4       Q.   You have a file at home?
5       A.   Yeah.
6       Q.   With papers relating to your --
7       A.   Just stuff I get from him. Just like I found
8   that it was necessary because of all this paperwork
9   you're think you're not going to be exposed to anymore,
10  not just from him. Yeah, I've got a file cabinet I
11  stick his piece of paper in when it shows up.
12      Q.   Do you know if you ever filed --
13      A.   I never realized it was a lawsuit, but I
14  guess it is, isn't it, from a lawyer.
15      Q.   Do you know if you've ever filed a claim
16  against an asbestos settlement trust? And this would
17  be different than something from a lawsuit?
18      A.   Do I get any help with that?
19      Q.   And I'm asking you if you are aware if you
20  have.
21          MR. WEYKAMP: If you're aware if you have or
22  not.
23          THE DEPONENT: Say that again. I'm sorry.
24
25

71

1   BY MS. TURNER:
2       Q.   I'm asking you if you are aware of whether
3   you have filed a claim, either you or someone on behalf
4   of you has filed a claim with an asbestos settlement
5   trust. I'm going to give you some names that might
6   spark your memory such as the Manville Personal Injury
7   Settlement Fund?
8       A.   Yes.
9       Q.   And the Celotex Trust, the Eagle-Picher
10  Trust?
11      A.   I guess my answer has got to be yes, because
12  I think there's paperwork in there that says that, yes.
13      Q.   Do you know if you've ever executed an
14  affidavit in connection with any of those claims?
15      A.   No.
16      Q.   Do you know what I mean by affidavit? Sort
17  of a document that would say, My name is James Tatem,
18  Sr. These are the dates that I worked at Norshipco,
19  this is what my job title was, and these are the ships
20  I worked on?
21      A.   And I gave that information to who?
22      Q.   Well, I'm asking if you remember ever
23  creating sort of a document that said that sort of
24  thing and then you signed it at the end saying, I swear
25  that this is accurate, if you remember ever doing that?

72

1       A.   No, I'm not sure, no.
2           MS. TURNER: Okay. Paul, as in the other
3   depositions, we'd like to request copies of any claims
4   forms that you have with regards to Mr. Tatem and any
5   affidavits that he's executed in connection with those
6   claims.
7
8   BY MS. TURNER:
9       Q.   And I understand that you don't know if you
10  have or not executed them?
11      A.   Well, I mean, I've signed some papers asking
12  for -- what do those papers say? I have to start
13  reading that stuff.
14      Q.   Well, let me ask you this: Do you ever
15  recall receiving written questions called
16  interrogatories that asked you details about your work
17  with the shipyard?
18      A.   Yes.
19      Q.   And do you remember formulating responses to
20  those questions?
21      A.   I guess the answer is yes.
22      Q.   And then giving them to your attorney, Mr.
23  Weykamp?
24      A.   Yeah. Okay. That's some of the -- yes, I've
25  done it, yes, ma'am.

73

1       Q.   Do you know when you answered those
2   questions?
3       A.   Since I went to his place it's probably been
4   papers that have come in that I've signed, sent back I
5   guess over the last -- I don't know, do you know? Ten
6   years?
7           MR. WEYKAMP: Many years.
8           THE DEPONENT: Over those 10 years I've
9   gotten information from him that I didn't pay too much
10  attention to it. I just figured it was an ongoing
11  thing that would happen. I'd sign the papers when he
12  asked me for the information and had no reason not to,
13  I guess.
14
15  BY MS. TURNER:
16      Q.   But you can't recall when you signed any sort
17  of papers?
18      A.   No, I can't. It hasn't been anything lately.
19  Seems like, I don't know, a year or so ago maybe. I'm
20  not sure. I don't remember sending anything back to
21  him lately.
22      Q.   Okay. When was the last time you spoke with
23  Mr. Jacobs, can you recall?
24      A.   It seems like -- well, I know I've seen him
25  since I retired, and that was about I think 2005. So

---

**74**

1  sometime after 2005-ish, along in there I -- well,
2  actually I spoke to him -- on the phone counts; right?
3     Q.   Yeah, absolutely.
4     A.   Yeah, I didn't know if you meant in person.
5  I seen him at the shipyard along in those times frames
6  a couple or two, three times, and then at the last I
7  talked to him on the telephone several times, maybe
8  once a month or so.
9     Q.   And you mentioned that you spoken with him on
10 the phone after he had been diagnosed with his illness?
11    A.   Yeah. I'd call him and ask him how he was
12 doing, you know, that type of thing. I'm not getting
13 better, but hopefully they're going to be able to do
14 something. It didn't happen that way.
15    Q.   Do you recall whether you spoke with Mr.
16 Jacobs about his lawsuit before he passed away?
17    A.   Didn't know he had a lawsuit. He didn't go
18 into that.
19    Q.   Do you know if Mr. Jacobs smoked?
20    A.   You know, I don't think Robert smoked because
21 I didn't and he didn't -- that wasn't -- didn't have
22 time. Drank too much beer.
23    Q.   Were you a member of a union at Norshipco?
24    A.   No, I never was -- well, I was in a union for
25 about -- long enough to get in and get out before they

---

**75**

1  ever took the fee out. No.
2     Q.   Was Mr. Jacobs ever a union member?
3     A.   Same. You know what? I think Jacobs did
4  join the union after -- he was a supervisor and then he
5  got out. It's iffy. He might have joined it, but I'm
6  not positive.
7     Q.   You mentioned that you have a file at home
8  that contains, among other things, certain
9  correspondence that you've received from Mr. Weykamp?
10    A.   Uh-huh.
11    Q.   Have you received any money from settlement
12 trusts or otherwise?
13    A.   Yes.
14    Q.   Okay. In connection with your illness?
15    A.   Yes.
16    Q.   Okay. Do you know -- did that money come
17 from Mr. Weykamp or did it come directly from another
18 source?
19    A.   From another source I guess is where -- I
20 think it come from these other companies or something.
21    Q.   As you sit here today can you recall who the
22 money came from?
23    A.   No, I didn't have any reason to look. I
24 didn't know you-all wanted that information.
25    Q.   There's no reason that you would need -- that

---

**76**

1  you would know that.
2     A.   Oh, okay.
3     MS. TURNER: Mr. Tatem, those are all my
4  questions. Thank you very much.
5
6           EXAMINATION
7
8  BY MR. SCHWERTZ:
9     Q.   Mr. Tatem, Carl Schwertz.
10    MR. SCHWERTZ: Paul, same stuff as we've done
11 so far?  And I actually brought paperwork so I wouldn't
12 have to keep on asking that.  That's for GP in these
13 two cases.  They're just stipulation of dismissals.
14    MR. WEYKAMP: All right.  We'll take care of
15 that.
16    MR. SCHWERTZ: Yeah, that's fine.  And then
17 my questions don't waive any service defects, fair?
18    MR. WEYKAMP: Right.
19
20 BY MR. SCHWERTZ:
21    Q.   Mr. Tatem, very quickly, you mentioned early
22 on in the questions by Mr. Joss about removal of
23 decking.  Do you remember that?
24    A.   Decking?
25    Q.   Taking out decking material?

---

**77**

1     A.   Yes, sir.
2     Q.   Do you have any knowledge as to who
3  manufactured the decking material that you removed?
4     A.   (Shaking head.)
5     Q.   You're shaking your head no?
6     A.   No, sir, I don't. I'm sorry, I forgot that
7  machine doesn't get movement.
8     MR. SCHWERTZ: Thank you. Those are all my
9  questions.
10    MS. TURNER: Actually, I have one more
11 question that I forgot to ask.
12
13          EXAMINATION
14
15 BY MS. TURNER:
16    Q.   The MJ bulkheads that you were talking about
17 do you know who manufactured those bulkheads?
18    A.   We did.
19    Q.   So you created them?
20    A.   They were manufactured within the shop.
21 Yeah, ma'am, 16 gauge.
22    MS. TURNER: Thank you. Those are my
23 questions.
24    MS. FEHSENFELD: I don't have any questions.
25

78

EXAMINATION

BY MR. SLAUGHTER:

Q.   Mr. Tatem, just a couple of quick follow-ups.
Earlier you provided the names of some contractors that
are on Exhibit 1?

A.   Yes, sir.

Q.   You don't have any specific recollection of
any particular job that any of those contractors did
during your time at the shipyard, do you?

A.   Specifically, no, sir. But the only thing I
do remember about like -- I think it was Staggerwall
and Shelby-Battersby [sic], it seems like they did the
terrazzo decking back then. I do remember one of the
guys, Joe, and I used to see him. But I'm not sure --
I don't remember for sure which one he worked with.

But I remember we'd come through the spaces,
they'd have -- I don't know how much you want, but
they'd have the materials in the buckets and the
powder. And they'd dump all this stuff and they'd had
these power motors and they'd be doing it for the
asbestos -- not asbestos, this was for the terrazzo
decking. And they would do the mixing and that type of
thing, and the powder would be blowing and you'd go by
them because it had areas you couldn't go in, but you

79

still had to access areas where you were going for your
work. So I don't know any specific materials they were
using because there wasn't a need to know.

Q.   Do you have any specific recollection of Mr.
Jacobs working in or around the areas where any of
those companies were doing work?

A.   It was the same kind of a situation. He
probably was involved with the same kind of a situation
that I was in because he was basically in the same time
frame, so any given time he could have been exposed to
the same situation.

Q.   But you don't --

A.   Not specifically, no, sir.

Q.   But you don't have any specific recollection
of that?

A.   No, sir, not a -- no, sir.

Q.   And as to any materials those companies were
working with, you don't have any personal knowledge as
to what kinds of materials they were using?

A.   No, sir, didn't have a need to, no, sir.

MR. SLAUGHTER: Thank you, Mr. Tatem. That's
all I have.

80

EXAMINATION

BY MS. FEHSENFELD:

Q.   I actually have one question. You had
mentioned cutting cloth and a substance from
insulation. Are you aware of the manufacturers of any
of those products?

A.   No, ma'am, I really wouldn't have had a
reason to know other than it was in the way and get rid
of it, that type of thing.

Q.   And can you describe the substance that you
were cutting from the cloth?

A.   Well, it was like a canvas looking type
cloth.

Q.   Okay.

A.   But it was a woven kind of white looking
cloth type thing that you cut that to get to what it
was covering up, what was insulation types or whatever
they were to get to that to pull that out of your way
to get access to what was the securement of what you're
trying to remove.

Q.   Got you.

A.   That was kind of like it.

MS. FEHSENFELD: Thank you. That's all.

81

EXAMINATION

BY MR. SCHWERTZ:

Q.   I came up with one more just because that's
what lawyers do. In follow-up to a couple of
questions, you said that you talked about Staggerwall
and Shelby [sic]?

A.   Uh-huh.

Q.   And you talked about you thought they laid
terrazzo tile?

A.   I think. I know somebody -- I know they were
there and the time frames and exactly that it was the
terrazzo or the insulation, I'm not absolutely
positive.

Q.   I appreciate that.

A.   I just remember seeing that they were there
on the jobs.

Q.   Yes, sir. And you thought because you were
there and Mr. Jacobs was there at the same time, but
you can't even say if it was Staggerwall or Shelby
[sic] or Joseph Smith Limited?

A.   Not absolutely and have to swear to it, no,
sir.

Q.   Thank you, sir.

A.   Sorry.

82

1    Q.    Don't apologize.  You're doing the best you
2  can.
3    A.    I want to be more helpful.
4      MR. SCHWERTZ:  You've been very helpful.
5      THE COURT REPORTER:  Anybody on the phone
6  have any questions?
7      MR. BRUGH:  Yes, I do.
8
9          EXAMINATION
10
11 BY MR. BRUGH:
12   Q.    Mr. Tatem?
13   A.    Yes, sir.
14   Q.    Can you hear me all right?
15   A.    Yes, sir, Mr. Brugh.
16   Q.    All right.  Thank you.  As you just pointed
17 out, my name is Lynnie Brugh, and, first of all, I want
18 to apologize.  We had a little power outage here and I
19 got knocked off the phone for about 10 or 15 minutes,
20 so I hope my questions won't be ones that were asked
21 when I wasn't on the phone, but, again, I apologize and
22 you can let me know if you've already answered them.
23      Mr. Tatem, do you have any personal knowledge
24 whether Mr. Jacobs ever did any automotive work?
25   A.    Yes, sir.

83

1    Q.    Okay.  What knowledge do you have?
2    A.    Well, it's going to be limited.  I know that
3  back when we were in school and all that type of thing,
4  way back when we used to work on cars together, and
5  anything from working on motors to changing tires to
6  changing brake systems to just whatever, you know,
7  piddling with cars, because when you're poor you got to
8  fix them yourself.
9    Q.    Okay.  Let me ask you this:  How many times
10 do you recall being with Mr. Jacobs when he did any
11 automotive work?
12   A.    I can't honestly answer that for you because
13 I don't absolutely remember, you know, a given time or
14 any specific things.  I just generally know that back
15 when we were teenagers and all we had our cars and he'd
16 be working on his over at his house and I'd be working
17 on mine or whatever and then we'd get together and that
18 type of thing.  But I didn't absolutely have Jacobs
19 working with me or the two of us together making any
20 repairs.
21   Q.    Okay.  All right.  Well, let me — I'll just
22 try to clarify then with some of these questions.
23 First of all, is the only time that you're aware of Mr.
24 Jacobs ever doing any automotive work was during
25 you-all's teenage years while you were in high school?

84

1    A.    Most probably the answer is yes.
2    Q.    Okay.  What years would those be?
3    A.    Oh, '55, '57, in that time frame.  Let's see.
4    Q.    Are you talking like from when you-all were
5  from like tenth grade to twelfth grade?
6    A.    Yeah, yeah, junior high, whatever you call it
7  nowadays.  But, yeah, it was high school back then.  So
8  I graduated from high school in '59, so it must have
9  been '57, '58-ish along in there is when I started
10 running into Robert back then.
11   Q.    So you're talking about when you-all were
12 like 16, 17, 18 years old?
13   A.    Yes, sir.
14   Q.    Okay.  And that would have been from '57 to
15 '59?
16   A.    That's correct.
17   Q.    And let me see if I understand you right.
18 Did you say you never were actually with Mr. Jacobs
19 when he worked on any vehicles?
20   A.    That's correct.
21   Q.    Okay.  So you just know that he did at times
22 work on vehicles, but you don't really know what he
23 did?
24   A.    That's correct.
25   Q.    Okay.  And, therefore, you don't know whether

85

1  he ever worked on a transmission, do you?
2    A.    No, sir.  I wasn't with Robert side by side
3  on doing any of these things.  I must have
4  misunderstood the question from the get-go in that did
5  we do it.  Well, I know he had to have done it because
6  he -- that's just the way he was and that's the way I
7  was, that we basically did most all of our repairs back
8  in that time frame, each individually at separate
9  places.
10   Q.    Right.  But that's just your understanding of
11 what he did.  You don't have any personal knowledge of
12 what -- what particularly he did on any of his
13 vehicles; right?
14   A.    No, sir, I don't.
15   Q.    Like you don't know whether he ever did a
16 tune-up on his car, do you?
17   A.    Nothing other than him -- you know how you
18 compare notes back in that time frame.  Yeah, I was
19 changing the points today and I put them at 17 instead
20 of 15, whatever.  You know, just general BS in that
21 time frame of things we were doing, and that's why it's
22 performing the way it is, you know.
23   Q.    All right.  Do you recall him ever discussing
24 changing any clutches on his vehicles?
25   A.    No, sir.

86

1    Q.   Do you ever recall him discussing working on
2 his radiator in any of these vehicles?
3    A.   Not that we discussed it, no, sir.
4    Q.   Do you recall him ever discussing whether he
5 ever worked on any of his brakes in any of his
6 vehicles?
7    A.   Not specifically, no, sir.
8    Q.   Okay. So, Mr. Tatem, you can't provide any
9 specific testimony as to whether Mr. Jacobs was ever
10 exposed to any asbestos from ever working on any brake
11 products, can you?
12    A.   No, sir, I cannot.
13    MR. BRUGH: Mr. Jacobs -- I'm sorry, Mr.
14 Tatem, those are all the questions I have.
15    THE DEPONENT: Thank you, sir.
16    MR. WEYKAMP: I've got a few questions.
17 Anybody else?
18
19            EXAMINATION
20
21 BY MR. WEYKAMP:
22    Q.   Mr. Tatem, I'm going to ask you to look at
23 what's been marked as Exhibit Number 1. You have
24 written on here Westinghouse, G.E. turbine. What do
25 you remember about Westinghouse?

87

1    A.   That -- the reason why I scribbled those
2 notes on there, I was trying to think to myself some of
3 the different people of different types -- not people,
4 some of the manufacturers of the different types of
5 equipment.
6         And I was thinking turbines, and Westinghouse
7 was a name that I remember and G.E. is a name that I
8 remember of equipment that was there on the jobs of --
9 that we could have very easily have worked on and tore
10 the covering off of the -- or the insulation to get to
11 the sheet metal to open up the different areas that the
12 machinists -- the outside machinists would have needed
13 to get to to access the work to pull the covers.
14 That's just scribbled notes. It's something I was
15 thinking about.
16    MR. JOSS: I'm going to move to strike as
17 speculation.
18
19 BY MR. WEYKAMP:
20    Q.   What do you recall, if anything, about what
21 Mr. Jacobs did with regard to working with or around
22 Westinghouse turbines?
23    MS. TURNER: Object to form.
24    THE DEPONENT: It would be the same thing.
25 What I just told you is what I remember doing in the

88

1 time frames of the past, that any of these areas
2 that -- the Westinghouse and the G.E., again, Robert
3 could have very easily have been involved with this
4 type of work to make removals and make access by making
5 these removals to be able to allow the machinists to
6 come in and do their work. Specifically, I don't -- I
7 can't answer. I don't know exactly what you --
8    MR. JOSS: Let me object to the nonresponsive
9 portion of the answer and also move to strike on the
10 grounds that it's speculation.
11
12 BY MR. WEYKAMP:
13    Q.   What you just described in terms of what you
14 did --
15    A.   Yeah.
16    Q.   -- with and around turbines, is that
17 something that a person who worked as a sheet metal
18 worker would have been required to do when working down
19 at Norshipco at the time you were down there?
20    MR. JOSS: Objection. Calls for speculation.
21    THE DEPONENT: Are you asking me did Robert
22 Jacobs make removals of interferences to the
23 Westinghouse and the G.E. turbines that could have been
24 on the job? My answer would be, yes, that he very
25 easily could have been and there's a real high

89

1 probability that I directed it, but I can't tell you
2 what day or when or exactly that it was Westinghouse or
3 G.E.
4         All I know is that when I went down to a
5 given job and there were specifications, and not
6 necessarily always a specification, because it could
7 have been a commercial contract that you go down in the
8 engine room and a guy that doesn't speak English is
9 trying to tell you, You must fix broken turbine. You
10 make removals.
11         Well, I didn't -- back then you didn't take
12 an insulator with you. You didn't take -- you took an
13 outside machinist, one or two, and a rigger maybe and a
14 sheet metal worker. And anything that was in the way
15 had to be done by those limited guys on the job, and
16 the best you could do to make out with the chief
17 engineer of what he was trying to say.
18         And it may not have been either one of these
19 pieces of equipment, it was a -- another brand. I
20 don't know. But these are the ones I was -- I thought
21 of that I could remember and you had to get the job
22 done with the manpower you had there. So, yeah, the
23 sheet metal workers could have very easily have been
24 the one to make the removals?
25    MR. JOSS: I'm going to object to the

90

1    nonresponsive and move to strike as well.
2        THE DEPONENT:  I don't know how to answer.
3
4    BY MR. WEYKAMP:
5        Q.   Can you describe what those removals
6    involved?
7        A.   Well, yeah.  You would go into the space and
8    as you would find out what you were going to be working
9    on, there would be some type of covering up
10   the insulation, hold it in place to dress it up, and
11   this stuff was mostly put there for heat barriers.  You
12   remove the cloth as it was, remove the insulation as it
13   was, and this would allow the machinist to access those
14   areas to get to work to tear the thing down and make
15   the removals.
16       Q.   What did that insulation you just described
17   look like?
18       A.   Most of the time it seems like it was a white
19   block looking stuff, and it was cut to form, probably
20   the arcs and sections, segments, if you will, to fit
21   around this equipment.  All I know is it looked white
22   most all the time and/or maybe a little bit of a gray
23   look to some of it.
24       Q.   And when you would remove that, what kind of
25   conditions would that create in the air, if any?

91

1        A.   Well, you get a bunch of dust type stuff
2    flying throughout the space and that type of thing
3    because you always had to go back and brush it all up
4    and clean it all up and put it in a bucket and leave it
5    on the ship most of the time on the commercial jobs.
6    Navy jobs you had to put it in a bag and you were
7    responsible for getting it off the ship.
8        Q.   How frequently would -- how frequently would
9    you do that type of work with the sheet metal?
10       A.   Sometimes three or four times in the first
11   part of the year and then sometimes not for a couple of
12   years.  There was no set pattern to make it happen, you
13   know.
14       Q.   And doing that job, how long did it typically
15   take to do that job on one turbine?
16       A.   Anywhere from 15, 20, 30 minutes to an hour
17   and a half, depending on what you had to do, what was
18   involved.
19       Q.   When you do -- when you would do one of those
20   jobs, how many turbines would you typically do?
21           MR. JOSS:  Objection.  Calls for speculation.
22           THE DEPONENT:  We generally would limit it to
23   the one area for the most part because that's what
24   would be down and that's the part you have to be
25   working on.

92

1        We used to go up to the dead fleet, you know,
2    and work on a given situation like that where you have
3    to move everything and then you would take an
4    electrician with you, but you still had the limited
5    work force of guys, none of them being an insulator to
6    make these removals.  And that would only happen once
7    or twice a year.
8
9    BY MR. WEYKAMP:
10       Q.   All right.  You mentioned the name Waco.  Can
11   you describe what you associate with that name, Waco?
12       A.   Only thing I can tell you about Waco is it
13   seemed to me that there was one of the insulation
14   companies that would come in after we basically would
15   have gotten all the work done, all the removals done
16   and everything was trashed and then everything was
17   rebuilt and put back together, these guys Would come in
18   and do the dressing out part of putting insulation or
19   whatever around the removal areas for most -- mostly
20   for heat protection for the equipment, that type of
21   thing.  They do the thing, cutting and fitting and all
22   the insulation, and then they cloth wrap it and then
23   they take this mud looking stuff and dress it all up.
24       Q.   What did that insulation that you described
25   look like that was being put back on?

93

1        A.   Again, it was a white looking substance most
2    generally all the time.  I do remember seeing some of
3    the blocking looking -- having a little gray tint to
4    it, but for the most part it was always a white
5    material.
6        Q.   When they would apply that, what kind of
7    conditions were created in the air, if any?
8        A.   Well, most of the time with that block work
9    and all that it was not -- it was knifed and hand
10   sawed, and there would be some dust coming off of it,
11   of course.  And then for the most part as they would
12   cut the cloth and tear it, then there would be a little
13   bit of dust and all flying off that cloth that they
14   would wrap it up with, and then that mud was no dust or
15   anything because it was watered down, whatever they
16   were using, and they mud it in and finished it up.
17       Q.   Is that a process that Mr. Jacobs worked
18   around?
19       A.   Oh, yeah, he would have done the same thing
20   that I did many a time and he did it many a times.
21   And, of course, as I would assign him those works --
22   this is more like when it was in the yard, that type of
23   thing, and we did a lot of commercial work.  Back in
24   that time Norshipco was more like 60 percent commercial
25   work and 40 percent government work.  So most of it

94

1  would have been mostly with commercial work and lot of
2  this happened in that time frame, those time frames.
3      Q.   How frequently would you be working around
4  Waco contractors doing that kind of insulation?
5      A.   I don't even know.  I couldn't even make a
6  guess to be honest, to be fair about it.  Could be
7  anything from three times in a year to several times,
8  you know, depending on just how the workload went,
9  because it was a repair yard and you didn't have any
10  fixed amount of set work that came in all the time on
11  any kind of a schedule.  It was just sporadic, and just
12  Navy -- ship repair and that's what it is.  It's ship
13  repair as to opposed to manufacturing new stuff and new
14  build like they do at Newport News.  They can tell you
15  how many jobs, when it's going to be, what kind of --
16  when it's repair work it's just whatever shows up that
17  has got to be done.
18      Q.   Now, you mentioned this Shelby-Battersby
19  [sic] name as well.  What do you associate with that
20  name?
21      MR. SCHWERTZ:  Objection.
22      THE DEPONENT:  The Shelby-Battersby [sic]
23  people, like I said, is like with Staggerwall.  I think
24  I remember them as the ones doing the terrazzo decking
25  and all.  And they lined out spaces.  Of course, you

95

1  couldn't walk in them because some of the ships didn't
2  have a given passageway to get to a given space, where
3  a lot of times -- like your starboard side and port
4  side with this limited space, they do half of it, and
5  you have to go through -- to go up to the engine room
6  or go down and get access to the engine room or pump
7  room or whatever, you'd have to actually go through
8  these spaces where they were involved doing their work.
9
10  BY MR. WEYKAMP:
11      Q.   Can you describe the work they were doing and
12  how they were doing it?
13      A.   That's what I was talking about a while ago.
14  I told him that, and I might have volunteered too much
15  information.  Again, I'm sorry, but they'd work out of
16  like five-gallon buckets, these guys would.  And they
17  take these white bags of this power stuff, whatever,
18  and dump it into the five-gallon bucket, a portion of
19  whatever they want to mix, and then they put another
20  white looking milky stuff in it and powder -- I mean,
21  dust and all would blow up out of it.
22      And then they'd take this little electric
23  mixer with the paddle on the end of it and they do the
24  mixing.  And, of course, as it got wet the powder would
25  dissipate and then they make the pours and go back and

96

1  repeat themselves.  Many of the times you just walk
2  through there and the powder is flying, like everything
3  else with construction going on, people working and
4  that was happening.
5      Q.   When you say they make their pours, what do
6  you mean by that?
7      A.   Well, they have a given area of deck where
8  they're going to put this mixture that they just made,
9  what is the terrazzo mix itself, and they would pour
10  it, you know, out of the buckets into the areas and
11  trowel it and square it and block it and then go back
12  and make more.  It's just like laying a driveway, but
13  it's on the ship and it's out of this material.
14      Q.   Is that a process that Mr. Jacobs would have
15  worked around as well?
16      MR. SCHWERTZ:  Objection to form.
17      THE DEPONENT:  He would have had to pass in
18  these areas, yes, sir.  He would be -- him or whoever I
19  had with me would be walking right behind me following
20  me through the same kind of a situation.
21
22  BY MR. WEYKAMP:
23      Q.   And how frequently would this process be done
24  on -- on the ships you were working on?
25      A.   Well, again, it's back to what the demand of

97

1  the work was.  I mean, it wasn't a fixed time that
2  we're going to do this kind of work for the first two
3  weeks of every month.  That didn't happen.  It was just
4  as the workload picked up, I guess you might say, and
5  these people would show up to do the decking.
6      And earlier on they go in and break all this
7  stuff out with the air hammers, and dust would be
8  everywhere, man, when they were taking the old stuff
9  out.  And it seemed like the government loved to spend
10  money because I didn't see anything with wrong with a
11  lot of it.  They'd take it and bust it all out and
12  change colors.  Well, you still got to walk through.
13  In that it wasn't blocked off, you just had to walk
14  across the deck through the space to get to where
15  you're going.  You know, hey, how are you doing, you
16  know.  And they was making a real mess.  Dust
17  everywhere, I mean, you couldn't see.
18      Q.   So as I understand what you're saying,
19  sometimes when they wanted to lay this material down on
20  one side of the ship, they would actually just take
21  half of that space --
22      A.   Correct.
23      Q.   -- and do half first so people could still
24  have access through the ship?
25      A.   That's absolutely true.

98

1      MR. WEYKAMP:  Those are all the questions I
2  have.  Thank you.
3      MR. JOSS:  I've got some follow-up.
4
5          EXAMINATION
6
7  BY MR. JOSS:
8      Q.   Mr. Tatem, you mentioned when -- Mr. Weykamp
9  was asking you questions about these turbines?
10     A.   Yes, sir.
11     Q.   Okay.  You don't have a specific recollection
12  of Robert Jacobs working on say a G.E. turbine?
13     A.   No, sir.  I just jotted that down because I
14  was trying to remember turbines and there was another
15  name that's a real popular brand that I can't think of
16  that used to be in -- and they were there.  I know
17  there was some Westinghouse, some G.E.
18     Q.   Right.
19     A.   No, I cannot.  No is the answer.
20     Q.   You can't tell me any specific ship where Mr.
21  Jacobs may have been aboard that specific ship when
22  G.E. turbines were worked on, is that fair?
23     A.   Yes, sir.  No, I can't.
24     Q.   You can't tell me that Mr. Jacobs was ever
25  exposed to asbestos from a G.E. turbine?

99

1      A.   No, I can't.  Sorry about it.
2      MR. JOSS:  No, that's fine.  I just want to
3  make sure you and I understand each other.  Thank you.
4
5          EXAMINATION
6
7  BY MS. TURNER:
8      Q.   I have just a few questions and they're going
9  to be very similar to Mr. Joss'.  As you sit here today
10  you don't have a specific recollection of Mr. Jacobs
11  working on a Westinghouse turbine; is that right?
12     A.   No, ma'am.
13     Q.   And you can't tell me a specific ship that
14  Mr. Jacobs was working on where a Westinghouse turbine
15  was also being worked on?
16     A.   No, ma'am.
17     Q.   Okay.  And you can't tell me as you sit here
18  today whether Mr. Jacobs was ever exposed to asbestos
19  as a result of a Westinghouse turbine; is that right?
20     A.   Well, no is the answer to that because, like
21  I said, I don't know if the asbestos is in this pile or
22  this pile.  All I know is it was a white block material
23  and earlier on people say, Was it asbestos?  I couldn't
24  tell you, so the answer is no.  Sorry.
25     MS. TURNER:  Thank you.

100

1
2          EXAMINATION
3
4  BY MS. FEHSENFELD:
5      Q.   I just have a couple of follow-up questions.
6  You mentioned the insulation was dressed up with mud?
7      A.   That's a finished coating of mud that makes
8  it all come together, so to speak, and that way the
9  painters have got something to paint, to clean it up.
10  It's a finished product that they actually make like
11  mud.  It's a --
12     Q.   Was it something that came premixed or did
13  they have to mix it?
14     A.   Oh, they had to mix it and from -- I don't
15  know exactly what the material was, but they -- same
16  procedures just about as the terrazzo, but in a
17  different situation.  They'd mix it in a container,
18  whatever they brought with them, and they put this
19  powder type stuff in there and then they put a chemical
20  mix with it and they'd mix it all up, stir it,
21  whatever, and they actually trowel it on.  It looked
22  like an adobe hut, you know, that look, so you get a
23  finished product.  And then when it dries, as the ship
24  gets underway, then the crew most probably will paint
25  it so it's got a painted coat on it, it accepts the

101

1  paint coat.
2      Q.   What color was it before --
3      A.   A whiteish, grayish type.
4      Q.   Okay.  And you don't know who manufactured
5  that or you don't know --
6      A.   Wouldn't have a clue, sorry.
7      Q.   And can you say where and when that was
8  happening on --
9      A.   Throughout my career as the whole thing.
10  That's what ship repair is all about.  As things come
11  in broke on the ship, then there's no set pattern, the
12  different areas.  Today it's this, tomorrow it's the
13  engine room, the next day the Captain's clock don't
14  work, you got to fix it.
15     Q.   And how often in a given year maybe?
16     A.   I wouldn't even want to speculate a guess for
17  you.  I don't have a real clue.  I just know it
18  happened, and it just seemed like normal stuff, you
19  know, back then.
20     MS. FEHSENFELD:  Okay.  That's all I have.
21
22          EXAMINATION
23
24  BY MR. SLAUGHTER:
25     Q.   Mr. Tatem, briefly, Mr. Weykamp asked you

102

1    about Waco and Staggerwall and Shelby-Battersby [sic]
2    on your Exhibit Number 1.
3        A.   Uh-huh.
4        Q.   Do you recall that, that he just asked you
5    about that?
6        A.   Yes, sir.
7        Q.   All right.  And you talked about some of what
8    Waco -- what you recall Waco doing?
9        A.   I just remembered that they were one of the
10   insulators that I was just trying to -- I was
11   scribbling things down to try to think of.  Because
12   it's an asbestos issue, I was trying to remember who
13   did insulation back then and that's the only thing I
14   could remember, was the four.  I know there was more.
15       Q.   You also mentioned a company on here called
16   C. E. Thurston.  Is that another insulation contractor?
17       A.   Yeah, that was one of the local guys right
18   down here on Colonial.  They used to call them in --
19   later on -- earlier on when the -- when the insulation
20   removals would be made, it would be made by whoever was
21   there to get it done.  And then the shop -- the pipe
22   shop would actually do -- go back down and they weren't
23   insulators either.  They would do what the boss told
24   them, and they'd put up the insulation and make as good
25   a job of it as they could.

103

1            And as that happened, it evolved into the --
2    actually setting up an insulation shop.  Well, along
3    the way when we didn't have these people to do any of
4    that in our shops, C. E. Thurston would be
5    subcontracted to come in and do the insulation work.
6    And that's just the name I remember, the biggest
7    insulator company that would come in and do the work.
8        Q.   Well, let me ask you, you described some of
9    the physical things that you recall Waco perhaps doing
10   with block insulation and so forth.  Was that the same
11   kind of work that C. E. Thurston was doing?
12       A.   Yes, sir.
13       Q.   In your mind do you have any particular
14   recollection of one company or the other doing this
15   work specifically?
16       A.   No.  The only thing I can give you an answer
17   on that is that most probably C. E. Thurston -- depends
18   on their workload and how they would price it.  Waco I
19   think was the smaller of the companies, so I'm thinking
20   that they probably provided a smaller price because
21   Thurston had so much more overhead because Thurston was
22   a right big company in this area.  I guess it's still
23   here.  I don't know.
24           Because they had a higher overhead, their
25   prices were a little bit higher.  Waco was probably a

104

1    little less price-wise so that's the guy they would get
2    because it was contract work and the lower price would
3    usually get the work.  Now I think they have to get
4    three estimates before they select one, but back then I
5    think it had something to do with the high prices and
6    who was available for the work.
7        Q.   Okay.  I'm going to move to strike the
8    nonresponsive portion.
9            You used the word -- and I don't want to
10   quibble with you.  You used the word probably a lot in
11   that answer.  You don't have any specific knowledge
12   about how that might have happened, do you?
13       A.   No, sir, no.
14       Q.   Okay.  And just to make it clear, you
15   described several things that these contractors did.
16   That was your recollection generally from that period;
17   correct?
18       A.   That's right, just what I recall seeing and
19   that was -- yeah.
20       Q.   And you don't have any personal knowledge of
21   Mr. Jacobs actually being around C. E. Thurston or Waco
22   when they were doing this particular work, do you?
23       A.   Time frame and exact date and -- I wouldn't
24   have a clue.  But I know that it was -- it has happened
25   and that he was -- had been with me at different times

105

1    as we'd be going through the ship to a work area of our
2    own that we had to go to, that this would be happening
3    and it was just generally passing through as the work
4    was ongoing and coming back out and back and forth.
5        Q.   And as you recall these instances as you
6    described going to and from places and so forth, is
7    there any way for you to differentiate whether the
8    folks you saw working were folks working for C. E.
9    Thurston versus Waco or any other contractor?
10       A.   Nothing other than knowing they were with
11   that company.  Sometimes they'd have a ball cap on that
12   said C. E. Thurston or a shirt that said C. E. Thurston
13   on the back with their name on it, something to that
14   effect.  But as far as knowing exactly, no, sir, you
15   just knew that they were like, That's C. E. Thurston's
16   people.  They got to work, so keep your guys away from
17   it, stay off the markings, don't hold the subcontractor
18   up.
19       MR. SLAUGHTER:  Mr. Tatem, I believe that's
20   all I have.
21       MS. TURNER:  I apologize, I just have a
22   couple more.  Paul, do you mind if I have a couple
23   more?
24       MR. WEYKAMP:  No.
25

106

1
2                    EXAMINATION
3
4    BY MS. TURNER:
5       Q.   Mr. Tatem, fair to say that you don't know
6    the maintenance history of any turbine from which you
7    removed insulation?
8       A.   No, ma'am.
9       Q.   I guess that was a bad question because I
10   said, Fair to say.  So let me ask it this way:  You
11   don't know the maintenance history of any turbine from
12   which you removed insulation; right?
13      A.   No.  Well --
14      Q.   That's correct?
15      A.   That's correct.
16      Q.   And there's no way for you to know who had
17   installed any of the insulation that you ever removed
18   from a turbine; right?
19      A.   That's right, I wouldn't know.
20      Q.   And there's no way for you to know who had
21   supplied that insulation that you had removed from any
22   turbine; is that right?
23      A.   No, ma'am.
24      Q.   That's right?
25      A.   That's right.

107

1       Q.   And is it also correct that you don't know
2    who manufactured any of the insulation that you removed
3    from the turbine?
4       A.   That's -- no, I don't.
5            MS. TURNER:  That's it.  Those are all my
6    questions.  I promise.
7            MR. WEYKAMP:  We all set?
8            MR. JOSS:  You want to advise Mr. Tatem?
9            MR. WEYKAMP:  Mr. Tatem, you have a right to
10   read and sign a copy of this transcript where you have
11   to -- they'll give you an errata sheet where you can
12   make changes.
13           THE DEPONENT:  I should do that now?
14           MR. WEYKAMP:  No, sir, you don't have to do
15   it at all in fact.  But this lady will work this into a
16   book form in a couple of weeks.  You can either read
17   and sign or you can waive your right to read and sign.
18   You really can't change anything, the substance of
19   anything.
20           THE DEPONENT:  No.  Everything I said I
21   tried to say it honestly, whatever helped or hurt.
22           MR. WEYKAMP:  We'll go ahead and waive.
23           (Whereupon, the deposition was concluded at
24   2:10 p.m.)
25

108

1    COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
2
3         I, Donna R. Tanner, Court Reporter and a
     Notary Public for the Commonwealth of Virginia at
     large, of qualification in the Circuit Court of the
4    City of Virginia Beach, Virginia, and whose commission
     expires June 30, 2014, do hereby certify that the
5    within named deponent, JAMES TATEM, SR., appeared
     before me at Norfolk, Virginia, as hereinbefore set
6    forth, and after being first duly sworn by me, was
     thereupon examined upon his oath by counsel for the
7    respective parties; that his examination was recorded
     in Stenotype by me and reduced to computer printout
8    under my direction; and that the foregoing constitutes,
     to the best of my ability, a true, accurate, and
9    complete transcript of such examination.
10        I further certify that pursuant to
     agreement of counsel and the deponent, reading thereof
11   and signature thereto were expressly waived.
12        I further certify that I am not related to
     nor otherwise associated with any counsel or party to
13   this proceeding, nor otherwise interested in the event
     thereof.
14
15        Given under my hand and notarial seal this
     20th day of December, 2010.
16
17
18   _____
                Notary Public
19
20
21
22
23
24
25